**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**                     Ricochet Energy, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     7  4  –  2  7  8  7  0  6  5

4. **Debtor's address**          Principal place of business

                                 **16111 Via Shavano**
                                 Number    Street

                                 **San Antonio       TX    78249**
                                 City            State    ZIP Code

                                 **BEXAR**
                                 County

   Mailing address, if different from principal place of business

   Number    Street

   P.O. Box

   City            State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City            State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**     ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                          ☐ Partnership (excluding LLP)
                          ☐ Other. Specify:

Debtor  Ricochet Energy, Inc. _____  Case number (if known) _____

| | | |
|---|---|---|

**7.  Describe debtor's business**

A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____  When _____  Case number _____
                                      MM / DD / YYYY
        District _____  When _____  Case number _____
                                      MM / DD / YYYY
        District _____  When _____  Case number _____
                                      MM / DD / YYYY

Debtor __Ricochet Energy, Inc._____     Case number (if known) _____

10. Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?

List all cases.  If more than 1,
attach a separate list.

☐ No

☑ Yes.  Debtor __Ricochet Interests, Ltd._____     Relationship _____

District _____     When _____
                                                                                      MM / DD / YYYY

Case number, if known _____

Debtor _____     Relationship _____

District _____     When _____
                                                                                      MM / DD / YYYY

Case number, if known _____

11. Why is the case filed in
*this district?*

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180
days immediately preceding the date of this petition or for a longer part of such 180 days than in
any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
district.

12. Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if
needed.

Why does the property need immediate attention?     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
related assets or other options).

☐ Other _____

Where is the property? _____
                                            Number     Street

_____

_____
                                            City                                State     ZIP Code

Is the property insured?

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

13. Debtor's estimation of
available funds

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured
creditors.

Debtor  Ricochet Energy, Inc.                                          Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/18/2016__
      MM / DD / YYYY

X _____     Jerry L. Hamblin
    Signature of authorized representative of debtor     Printed name

Title __President and CEO__

| 18. | Signature of attorney | X _____     Date __05/18/2016__ |
| | |   Signature of Attorney for Debtor     MM / DD / YYYY |

__MICHAEL G. COLVARD__
Printed name

__Martin & Drought P.C.__
Firm Name

__300 Convent  25th Fl__
Number     Street

_____

__San Antonio__                          __TX__     __78205__
City                                     State     ZIP Code

Contact phone __(210) 227-7591__     Email address __mcolvard@mdtlaw.com__

__04629200__
Bar number                               State

# RESOLUTION
## OF RICOCHET ENERGY, INC.

The undersigned, PRESIDENT of RICOCHET ENERGY, INC. (the "Corporation"), a Sub-S Corporation organized and existing under the laws of the State of Texas, hereby certifies that the following is a true and correct copy of resolutions adopted at a meeting (duly convened where a quorum of directors was present) of, or by the unanimous written consent of, the members of the Board of Directors of the Corporation, that none of such resolutions has been amended, modified or repealed in any respect and that all of such resolutions are in full force and effect on the date hereof:

RESOLVED, that the PRESIDENT and CEO, any Vice PRESIDENT, the Secretary, the Treasurer, or any Assistant Secretary or Assistant Treasurer of the Corporation acting together or any one acting alone, be, and are hereby expressly authorized, empowered and directed to enter into and voluntarily file a Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court;

FURTHER RESOLVED, that the authority conferred upon such officers by this resolution shall remain in full force and effect until written notice of revocation by further resolution of this Board of Directors shall have been received by the Court, and that a copy of this resolution certified by a Secretary or Assistant Secretary of the Corporation, be delivered to the Court;

FURTHER RESOLVED, that the officers of this corporation are authorized to enter into an employment agreement with the law firm of Martin & Drought, P.C., as counsel within a Chapter 11 Bankruptcy Proceeding;

FURTHER RESOLVED, that the officers of this Corporation, the Secretary or any Assistant Secretary of the Corporation be, and each is hereby, authorized, empowered, and directed to certify and attest to any documents which he/she may deem necessary or appropriate to consummate the transaction contemplated hereby, provided that such attestation shall not be required for the validity of the particular documents;

FURTHER RESOLVED, that the affixing of the corporate seal or the attestation of the Secretary or an Assistant Secretary of the Corporation shall not be required to make any instruments, documents or assurances utilized in consummating the matter contemplated hereby valid, binding and enforceable upon the Corporation;

FURTHER RESOLVED, that the authority conferred upon the aforesaid officers by the above resolutions shall remain in full force and effect until written notice of revocation by further resolution of this Board of Directors, and that a copy of such further resolution certified by the Secretary is delivered to the judge of the particular court in which the bankruptcy is filed;

FURTHER RESOLVED, that the transactions contemplated by the foregoing resolutions are reasonably expected to benefit the Corporation and the Partnership, directly and indirectly.

To certify which, witness my hand as of the ___17th___ day of ___May___ 2016.

_____
JERRY HAMBLIN, PRESIDENT and CEO

STATE OF TEXAS                    §
                                  §
COUNTY OF ___Bexar___             §

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this ___17th___ day of ___May___ 2016.

_____
Notary Public, State of Texas

LISA GARCIA
MY COMMISSION EXPIRES
September 16, 2019

#01173933-6

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Ricochet Energy, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | EDDE VENTURES, LP dba EDDE DRILLG SERVICES, LLC P.O. BOX 4966 VICTORIA, TX 77903 | | ACCOUNT BALANCE | Contingent | | | $1,617,807.20 |
| 2 | NEWPARK DRILLING FLUIDS, LLC P.O. BOX 973167 DALLAS, TX 75397-3167 | | ACCOUNT BALANCE | Contingent | | | $1,084,525.20 |
| 3 | PYRAMID TUBULAR PRODUCTS, INC. P.O. BOX 301604 DALLAS, TX 75303-1604 | | ACCOUNT BALANCE | Contingent | | | $1,041,633.76 |
| 4 | K-C LEASE SERVICE, INC. P.O. BOX 428 LOUISE, TX 77455 | | ACCOUNT BALANCE | Contingent | | | $589,591.82 |
| 5 | HALLIBURTON ENERGY SERV., INC. P.O. BOX 301341 DALLAS, TX 75303-1341 | | ACCOUNT BALANCE | Contingent | | | $449,426.93 |

Debtor    Ricochet Energy, Inc. _____    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  D A M SERVICES, INC. P.O. BOX 611 EL CAMPO, TX 77437-0611 | | ACCOUNT BALANCE | Contingent | | | $411,452.48 |
| 7  ERMIS VACUUM SERVICE, LLC P.O. BOX 1543 EL CAMPO, TX 77437 | | ACCOUNT BALANCE | Contingent | | | $360,692.16 |
| 8  NOVA DIRECTIONAL, INC. P.O. BOX 1862 CYPRESS, TX 77410 | | ACCOUNT BALANCE | Contingent | | | $305,259.30 |
| 9  GULF COAST LEASE SERVICE, INC. P.O. BOX 1541 EL CAMPO, TX 77437 | | ACCOUNT BALANCE | Contingent | | | $166,424.65 |
| 10  CROSS ROADS OIL FLD SUPPLY, LT P.O. BOX 1546 EL CAMPO, TX 77437 | | ACCOUNT BALANCE | Contingent | | | $154,713.21 |
| 11  ENERGY GAS COMPRESSION, LTD P.O. BOX 928 CORPUS CHRISTI, TX 78043 | | ACCOUNT BALANCE | Contingent | | | $134,170.00 |
| 12  BAKER HUGHES OILFIELD OPERATIO P.O. BOX 301057 DALLAS, TX 75303-1057 | | ACCOUNT BALANCE | Contingent | | | $131,333.12 |
| 13  MAXUM OILFIELD RENTAL, LLC P.O. BOX 614 EL CAMPO, TX 77437 | | ACCOUNT BALANCE | Contingent | | | $112,964.40 |

Debtor  **Ricochet Energy, Inc.** _____  Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | MAXUM ENTERPRISES, LLC dba PILOT THOMAS LOGISTICS, LL P.O. BOX 677732 DALLAS, TX 73069 | | ACCOUNT BALANCE | Contingent | | | $112,964.40 |
| 15 | CANARY, LLC P.O. BOX 670257 DALLAS, TX 75267 | | ACCOUNT BALANCE | Contingent | | | $106,740.25 |
| 16 | MANGUM'S OILFIELD SERVICES, IN P.O. BOX 786 EAGLE LAKE, TX 77434 | | ACCOUNT BALANCE | Contingent | | | $103,981.12 |
| 17 | EXTERRAN ENERGY SOLUTIONS, LP P.O. BOX 201160 DALLAS, TX 75320-1160 | | ACCOUNT BALANCE | Contingent | | | $87,592.55 |
| 18 | SPIDLE TURBECO INC. DBA OF TORBECO, INC. A FLOTEK P.O. BOX 677496 DALLAS, TX 75267-7496 | | ACCOUNT BALANCE | Contingent | | | $79,439.12 |
| 19 | SCHLUMBERGER TECHNOLOGY CORPOR P.O. BOX 732149 DALLAS, TX 75373-2149 | | ACCOUNT BALANCE | Contingent | | | $77,732.15 |
| 20 | CISCON SERVICES USA, INC. 840 ALDINE BENDER HOUSTON, TX 77032 | | ACCOUNT BALANCE | Contingent | | | $66,012.72 |