**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Ricochet Energy, Inc.**

CASE NO   **16-51148-RBK**

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   _5/19/16_

Signature _____

*Jerry L. Hamblin*
*President and CEO*

Date _____

Signature _____

U.S.B.C. Western District of Texas (LIVE)                                    Page 1 of 2

## Creditors Receipt

| Case Number | 5:16-bk-51148 |
|---|---|
| Total Creditors Added to Database | 426 |

File A Proof Of Claim
File Speed-Claim
Return To Creditor Maintenance Menu

2007 LANDRUM-TX, LTD
111 N AVENUE D
BURKBURNETT, TX 76354


ADKINS JR*WARD N
5519 TUPPER LANE
HOUSTON, TX 77056


ALLEN NAISER
AND DIANA NAISER
2800 FM 960
EL CAMPO, TX 77437


AMMAN, LILLIE KAINER
RT. 4 BOX 39
EL CAMPO, TX 77437


ANDERSON*ANN G
P.O. BOX 8429
DES MOINES, IA 50301


APPLING INTERESTS, LTD
P.O. BOX 311
EL CAMPO, TX 77437-4406


APPLING MINERALS, LTD
107 EAST CALHOUN STREET
EL CAMPO, TX 77437-4406


APPLING*CHARLES L
450 EAST WALTON ROAD
LUMBERTON, TX 77657


APPLING*DEBORAH KAY
5406 BALDWIN ELM ST
RICHMOND, TX 77407

```
APPLING*GARY WELDON
ROUTE 3, BOX 168
EL CAMPO, TX 77437


APPLING*LINDA M
450 EAST WALTON ROAD
LUMBERTON, TX 77657


APPLING, JAYNE GAY REED
AS HER SEPARATE PROPERTY AND ESTATE
P.O. BOX 1548
EL CAMPO, TX 77437


ARMENT*JOELLA
58541 HAUN LANE
LOSTINE, OR 97857


ARNOLD*GARY W
P.O. BOX 266
WILLS POINT, TX 75169


ARNOLD*JOHN
4904 STATE HWY 185
VICTORIA, TX 77905


AUGUST EDWARD SHOUSE
2501 DICKEY PLACE
HOUSTON, TX 77019-6306


AUSTIN ENGLISH AIRE, LTD
P.O. BOX 340309
AUSTIN, TX 78734-0006


BAKER HUGHES OILFIELD OPERATIO
P.O. BOX 301057
DALLAS, TX 75303-1057
```

BAYARDO*LEIGH ANN
9476 GRASMEER WAY
ELK GROVE, CA 95624


BENDER*HELEN
206 TUREK STREET
EL CAMPO, TX 77437


BETTY MERWIN FAMILY TRUST
BRADLEY KENYON MERWIN, TRUSTEE
1375 PIN OAK CIRCLE
VAN VLECK, TX 77482


BOATWRIGHT, MARY FRNCIS
P.O. BOX 49
GLEN FLORA, TX 77443


BOULIGN, JAMES A
P.O. BOX 1567
EL CAMPO, TX 77437


BROOKS ARMOUR 1984 TRUST, BY
BROOKS ARMOUR DIESEL, TRUSTEE
P.O. BOX 600
PIERCE, TX 77467


BROOKS ARMOUR DIESEL, INDIVIDUALLY
P.O. BOX 600
PIERCE, TX 77467


BUELTEL DIANE DUSON
517 REGENCY DRIVE
EL CAMPO, TX 77437


BUELTEL*JACK
AND WIFE JEANNE M BUELTEL
701 N ALLEN
ROCKPORT, TX 78382

BUHOLZ*VICKI V
5128 AMBERGATE LANE
DALLAS, TX 75287


BURBA*BAIRD M.
1014 SAINT HELENA
LEANDER, TX 78641


BURKHART, CAROL L
1157 ROYAL AVE.
SIMI VALLEY, CA 93065


BURKHART, DAVID S
19142 NASHVILLE STREET
NORTHRIDGE, CA 91326-2635


BURKHART, MELVIN O
480 SHERMAN AVENUE
MOONPARK, CA 93065


BUXKEMPER, SARAH J
2617 CR 400
BALLINGER, TX 76821


BYERS*GWENDOLYN SELMA
387 DONELLA
SAN ANTONIO, TX 78232


BYERS*GWENDOLYN SELMA
387  DONELLA
SAN ANTONIO, TX 78232


C.A. WATTS ENERGY INVESTMENTS, LTD
P.O. BOX 2667
SUGARLAND, TX 77487

C.R.G. ENERGY, LTD
903 FOXTON DR.
SAN ANTONIO, TX 78260


C.R.G. ENERGY, LTD.
903 FOXTON DR.
SAN ANTONIO, TX 78260


CAM-NETT INVESTMENTS, LTD
P.O. BOX 188
SAN SABA, TX 76877


CANARY, LLC
P.O. BOX 670257
DALLAS, TX 75267


CARLSON, MOLLY TAYLOR
9546 MEDOWCROFT DR.
HOUSTON, TX 77063


CARRICO, MARY ANN
3272 WESTHEIMER, SUITE 1
HOUSTON, TX 77098


CARRIERE*LARRY L.
1127 RAVENSCOURT DRIVE
SUGARLAND, TX 77498


CARTER FAMILY TRUST
ROGER K CARTER, TRUSTEE
610 HEIGHTS STREET
EL CAMPO, TX 77437


CASWELL, JEANNETTE
P.O. BOX 697
LA PRYOR, TX 78872

CERNY, SUSAN PAVLIK
2024 CR 454
EL CAMPO, TX 77437


CHANKA VENTURES, LLC
809 LIVE OAK DR.
KARNES CITY, TX 78118


CHARLIE HUDSON & ASSOCIATES, INC
14530 WUNDERLICH, SUITE 120
HOUSTON, TX 77069


CHASSAING*PAULA GROESBECK
P.O. BOX 1626
PENN VALLEY, CA 95946


CHOCTAW ENERGY LIMITED PARTNERSHIP
P.O. BOX 6387
SAN ANTONIO, TX 78217


CISCON SERVICES USA, INC.
840 ALDINE BENDER
HOUSTON, TX 77032


CLAPP, CURTIS D
2 1/2 N WASHINGTON
EL CAMPO, TX 77437


CLAPP, RANDY M
505 REGENCY DRIVE
EL CAMPO, TX 77437


CLARK, BARTLEY B
699 CO RD 202
SARGENT, TX 77414

CLIVE RUNNELLS III 1970 TRUST, BY
NORTHERN TRUST NA & CLIVE S RUNNELS JR
C/O NORTHERN TRUST, NA
P.O. BOX 226270
DALLAS, TX 75222-6270

CLIVE RUNNELLS JR, INDIVIDUALLY
c/o NORTHERN TRUST BANK
P.O. BOX 22738
HOUSTON, TX 77227-2738

CLOYES, DR BRIAN MORGAN
ASHFORD PROFESSIONAL BUILDING
909 DAIRLY ASHFORD, STE. 214
HOUSTON, TX 77079

COKER*VALORIE A
1309 MAJORS DRIVE
MESQUITE, TX 75149

CONNER*BONNIE L
1485 JOLIN ST
MORRIS, IL 60450

CONNOR*BRIAN T
5 PATRICIA CT
LEXINGTON, IL 61753-1604

CONNOR*TIMOTHY E
77062 IROQUOIS DR
INDIAN WELLS, CA 92210

COOK, FRANK RUSSELL
601 DENVER PLACE
BARTESVILLE, OK 74003

COTTON MINERALS, LLC
C/O BRENT L ENGLAND, CPA
7912 EAST 31ST COURT, SUITE 340
TULSA, OK 74145

CRAWFORD*FRANCES HALAMICEK
503 SEASHELL DR
SURFSIDE BEACH, TX 77541

CREATH, II, NORRIS BLACKWELL
2303 CHI CHI AVENUE
ROUND ROCK, TX 78664

CREATH, JONATHAN DORR
1 STILLMEADOW COURT
AUSTIN, TX 78738

CROSS ROADS OIL FLD SUPPLY, LT
P.O. BOX 1546
EL CAMPO, TX 77437

D A M SERVICES, INC.
P.O. BOX 611
EL CAMPO, TX 77437-0611

DAVIS*SHIELA ANN
P.O. BOX 293605
KERRVILLE, TX 78029

DCPMD ENERGY LTD
3115 IVORY CREEK
SAN ANTONIO, TX 78258

DIAMON MINERALS, LLC
107 EAST CALHOUN STREET
EL CAMPO, TX 77437-4406

DICKEY*CURTIS
AND WIFE LOIS H DICKEY
P.O. BOX 369
ROYSE CITY, TX 75189

DICKEY*GRANT
AND WIFE BARBARA E DICKEY
438 FM 2929
HUNTSVILLE, TX 77340


DOROTIK*ANTHONY
AND WIFE WANDA J DOROTIK
8695 N STATE HWY 71
EL CAMPO, TX 77437


DOROTIK, PHYLLIS
628 CR 459
EL CAMPO, TX 77437


DRASTATA, ANNIE A
273 DOVE STREET
EL CAMPO, TX 77437


DRC PETROLEUM, LTD
P.O. BOX 842128
HOUSTON, TX 77284-2188


DREW ELWOOD MURRAY
AS HIS SEP PROPERTY
2104 YORKTOWN DRIVE
ENNIS, TX 75119


DROZD, HATTIE
1826 CR 469
EL CAMPO, TX 77437


DROZD, ROBERT J
2990 COUNTY ROAD #506
BRAZORIA, TX 77442-6664


DUNCAN*PATRICIA ANN
1306 KAREN CIRCLE
EL CAMPO, TX 77437

DUSON McNAUGHTON ABNESS
P.O. BOX 26219
AUSTIN, TX 78755


DUSON PROPERTIES, LTD
C/O DIANE DUSON BUELTEL, GP
4 NORTH WASHINGTON
EL CAMPO, TX 78437


DUSON, DELIA
9030 GREENVILLE AVENUE
DALLAS, TX 75243-7147


DYCKMAN, DIANA
10822 W. MOHAWK LANE
SUN CITY, AZ 85373


EARL BOOTH SHOUSE
6401 S. HAZEL STREET #116
PINE BLUFF, AR 71603


EDDE VENTURES, LP
dba EDDE DRILLG SERVICES, LLC
P.O. BOX 4966
VICTORIA, TX 77903


EDITH I STOVALL TRUST
P.O.BO 906
EL CAMPO, TX 77437


EL RANCHO DE LOS PATOS, INC
8 GREENWAY PLAZA, SUITE 606
HOUSTON, TX 77046


ELIZABETH COTTON WELCH TRUST
C/O ELIZABETH CORRON FREEMAN, TRUSTEE
1001 LINDA FLORA
LOS ANGELES, CA 90049

ELIZABETH M BRADLEY
AS HER SEP PROPERTY
10915 LEIGH WOOD DRIVE
CYPRESS, TX 77433


ELLIOTT, PATRICIA
P.O. BOX 745
LAKE VILLAGE, AR 71653


ELLWOOD H HERMANSEN
1303 AVENUE K
EL CAMPO, TX 77437


ELMER R KAINER TESTAMENTARY TRUST
WELLS FARGO BANK, TX TRUSTEE
OIL, GAS & MINERAL ADMIN
P.O. BOX 41779
AUSTIN, TX 78704

ENERGY GAS COMPRESSION, LTD
P.O. BOX 928
CORPUS CHRISTI, TX 78043


ENGLISH*MARK
AND WIFE JANEL E ENGLISH
7715 FM 2765
EL CAMPO, TX 77437


ERMIS VACUUM SERVICE, LLC
P.O. BOX 1543
EL CAMPO, TX 77437


ESTATE OF RUEL RICHARD ROTHWELL, JR,D
MARK A ROTHWELL & SCOTT B ROTHWELL,
CO-INDEPENDENT EXECUTORS
2727 ALLEN PARKWAY, SUITE 1900
HOUSTON, TX 77019

EVANGILENE MAYE, LLC
P.O. BOX 307
EGYPT, TX 77436

EXTERRAN ENERGY SOLUTIONS, LP
P.O. BOX 201160
DALLAS, TX 75320-1160


FANE*KATHLEEN
204 W JACKSON ST
MORRIS, IL 60450


FAULCONER RESOURCES 2008 LP,LLP
P.O. BOX 8150
TYLER, TX 75711


FAULCONER RESOURCES 2008, LP
P.O. BOX 8150
TYLER, TX 75711


FAY JEAN RIGGAN CARTER REVOCABLE TRUST
FAY JEAN RIGGAN CARTER, TRUSTEE
612 DUNBROOKE COURT
FRANKLIN, TN 37064


FIRST VICTORIA NATIONAL BANK,
TRUSTEE OF REDICK CHILDREN'S TRUST
f/b/o JENNIFER REDICK
101 SOUTH MAIN
VICTORIA, TX 77901

FIRST VICTORIA NATIONAL BANK,  TRUSTEE
OF THE REDICK CHILDREN'S TRUST
f/b/o CHAD REDICK
101 SOUTH MAIN
VICTORIA, TX 77901

FLAHERTY*ALYCE
1163 COLONIAL DRIVE
FORT DODGE, IA 50501


FLOYD*JAMES
7 SANDALWOOD DRIVE
HOUSTON, TX 77024

FOWLER, SHIRLEY ANN
11160 DEER RUN
COLLEGE STATION, TX 77845


FRACTOR, JANN SORRELL
3646 PINE BLUFF
SAN ANTONIO, TX 78230


FREEMAN, ELIZABETH COTTON
1001 LINDA FLORA
LOS ANGELES, CA 90049


FRERICH*STACI GLAZE
8215 FM 630
SINTON, TX 78387-5582


G4S ENERGY, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


G4S ENERGY, LTD.
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


GALE P RUNNELLS 1961 TRUST, BY JPMORG
CHASE BANK & JOHN S RUNNELLS III TRUSTEE
C/O JP MORGAN CHASE BANK NA
P.O. BOX 99084
FORT WORTH, TX 76199-0084

GALE P RUNNELLS 1970 TRUST, BY NORTHE
TRUST NA, & CLIVE RUNNELLS JR TRUSTEES
C/O NORTHERN TRUST BANK MINERALS DEPT
P.O. BOX 226270
DALLAS, TX 75222-6270

GAMAJO OGP, LLC
JOHN S RUNNELLS, AGENT
P.O. BOX 1889
BAY CITY, TX 77404-1889

GARY STANLEY CREATH TRUST
ELEK WEALTH MANAGEMENT, LLC
112 NORTH MARKET STREET
LIGONIER, PA 15658


GAUSS*JOSEPH C.
755 TIMBER HILL DRIVE
HOUSTON, TX 77024


GAY*MARY SUSAN
1406 PINE ROCK RD
WEST CHESTER, PA 19380-6216


GENE EDWARD GLAZE TESTAMENTARY TRU
2835 CR 385
EL CAMPO, TX 77437


GEORGE P WILLIS, III INDEP EXECUTOR AND
TRUSTEE u/w/o EVELYN CARRIERE
P.O. BOX 271
EL CAMPO, TX 77437


GILBERT PUTNAM
1215 ANCHORS WAY DRIVE #101
VENTURA, CA 93001


GINGER LEA HUTCHISON TRUST
uwo HARRY HUTCHISON, JR, DECEA
c/o PAT HATCHISON, TRUSTEE
1309 GAVIOTA LANE
LEANDER, TX 78641

GINSBURG, NANCY A.
1305 SHADY OAKS LANE
FORT WORTH, TX 76107


GLAZE*ROSS B
116 FRELS STREET
EL CAMPO, TX 77437

GOERING, ALAN C
P.O. BOX 366
MEDICINE LODGE, KS 67104


GRAEF PROPERTIES, LTD
112 MIMOSA DR.
SAN ANTONIO, TX 78213


GRAEF PROPERTIES, LTD
112 MIMOSA DR
SAN ANTONIO, TX 78213-2103


GRAHAM, DALE
and MARLA GRAHAM
2054 CR 351
EL CAMPO, TX 77437


GRAHAM, LINDA KAINER
9768 FM 2546
EL CAMPO, TX 77437


GREEN*DONALD E
AND WIFE BARBARA KAINER GREEN
8011 REBAWOOD DR
HUMBLE, TX 77346-1727


GREENE*ROBERT B
930 TAHOE BLVD, SUITE 802-395
INCLINE VILLAGE, NV 89451


GUIDRY*MARILYN ANN
15500 OZONE PLACE
AUSTIN, TX 78728


GULF COAST LEASE SERVICE, INC.
P.O. BOX 1541
EL CAMPO, TX 77437

GUY F STOVALL TRUST
P.O. BOX 906
EL CAMPO, TX 77437

HACKSTEDT*C.E.
15945 HIGHWAY 36
NEEDVILLE, TX 77461

HAJOVSKY, KAREN PAVLIK
5933 FM 1157
GANADO, TX 77962

HALAMICEK*JOHN T
6167 CR 360
EL CAMPO, TX 77437

HALLIBURTON ENERGY SERV., INC.
P.O. BOX 301341
DALLAS, TX 75303-1341

HANCOCK, JR JOHN W
AS HIS SEPARATE  PROPERTY
1003 PECAN STREET
EL CAMPO, TX 77437

HANCOCK, LLOYD MYATT
AS HIS SEPARATE PROPERTY
11 ELLICOT WAY
SUGARLAND, TX 77479

HANSEN, III, CARL M
6268 FM 521
PALACIOS, TX 77465

HANSEN, PATRICIA ANN
7282 FM 521
PALACIOS, TX 77465

HANSEN, WILLIAM
AND AUDREY HANSEN
7431 FM 1095
PALACIOS, TX 77465

HARDIN, THERESA MILLER
42 HOPEWELL
GRAND PRAIRIE, TX 75052

HARRISON, DOROTHY M
P.O. BOX 176
RICHMOND, TX 77406

HAUFFE, JUDITH A
575 KNIGHTS CROSS DR., APT. B211
SAN ANTONIO, TX 78258

HELEN CLAY BITTNER TESTAMENTAR
C/O JO ANN CLAY PORTER, TRUSTE
3902 LYNDHURST PLACE
SUGAR LAND, TX 77479

HELEN HENDERSON NAISER ESTATE
NANCY NAISER, INDEPENDENT EXECUTOR
6447 OLD CHAPPEL HILL ROAD
BRENHAM, TX 77833-8783

HELEN R DUBOIS 1970 TRUST, BY NORTHER
TRUST, NA & CLIVE S RUNNELLS TRUSTEE
C/O NORTHERN TRUST, NA
P.O. BOX 226270
DALLAS, TX 75222-6270

HENDERSON*CLINT C.
530 ROOKERY LANE
ST HELENA, SC 29920

HENDERSON*JAMES BRUCE
10699 E DESERT WILLOW DRIVE
SCOTTSDALE, TX 85255

HENDERSON*MARK P.
2400 FALL CREEK RD
SPICEWOOD, TX 78669


HENRY, HOLLY SUZANNE
P.O. BOX 1708
BAY CITY, TX 77404


HENRY, JAMES R
1717 N LAURENT, SUITE 103
VICTORIA, TX 77901


HENRY, PHILLIP LEE
P.O. BOX 923
EAST BERNARD, TX 77435


HERMANSEN*DOROTHY JANE
1303 AVENUE K
EL CAMPO, TX 77437


HERMANSEN, CHARLES ELLWOOD
2011 MOSES CREEK COURT
COLLEGE STATION, TX 77845


HIGGINS, SARAH CLAPP
849 WILSHIRE BLVD.
METAIRIE, LA 70005


HILDEBRAND*VICKI V.
P.O. BOX 493
EL CAMPO, TX 77437


HITZELBERGER, ROBERT
2200 ROSS AVENUE, SUITE 3838
DALLAS, TX 75201

HITZFELD, BARBARA ANN
1207 KAREN STREET
EL CAMPO, TX 77437


HOFFMAN, DIANNE USTYNIK
P.O. BOX 1769
BRENHAM, TX 77834


HOLESOVSKY, FLORENCE MILLER
146 SECOND AVENUE
COLUMBUS, TX 78934


HOMEIER*MARY ELLEN
3879 CIARLO LANE
VACAVILLE, CA 95688


HOWARD, JOYCE KAINER
12515 BLACKSTONE COURT
HOUSTON, TX 77077


HOWERTON, BILLIE JEAN
215 N. MOSS
SEGUIN, TX 78155


HUBBERD-SMITH INVESTMENTS, LTD
SMITH-HUBBERD INVESTMENTS, LLC
P.O. BOX 188
SAN SABA, TX 76877


HUDSON, DOROTHY K
RT 19 BOX 2305
CONROE, TX 77303


HUISACHE EXPLORATION, LTD, LLP
P.O. BOX 678108
DALLAS, TX 75267

HUMPHREYS II*JOHN PAUL
212 W NORRIS
EL CAMPO, TX 77437


HUMPHREYS*CANDACE FAYE
212 W NORRIS
EL CAMPO, TX 77437


HUTCHINS-PIERCE, LTD
C/O BESSEMER TRUST CO., NA AGENT
109 N. POST OAK LANE, STE 205
HOUSTON, TX 77024


HYER, DELLINDA M
AS HER SEPARATE PROPERTY & ESTATE
2901 WILLOW CREEK
EL CAMPO, TX 77437


IHRIG*BRUCE
6203 LACOSTE LOVE COURT
SPRING, TX 77379-2906


ITEXCO-TEXAS, LLC
P.O. BOX 6246
SAN ANTONIO, TX 78209


J HIRAM MOORE, LTD
P.O. BOX 842421
DALLAS, TX 75284-2421


JAMES KENNETH ADKINS
7701 STARNBERG LAKE DRIVE
CORPUS CHRISTI, TX 78413


JAMES R. HENRY TRUST DATED MAY 18, 1998
JAMES R. HENRY, TRUSTEE
1717 N LAURENT, SUITE 103
VICTORIA, TX 77901

JASE FAMILY, LTD
P.O. BOX 972607
DALLAS, TX 75397-2607


JEFF AND PAMELA WELCH TRUST
P.O. BOX 701086
TULSA, OK 74170


JEH INTERESTS
P.O. BOX 1747
PALESTINE, TX 75802


JENKINS, KAREN HANCOCK
AS HER SEPARATE PROPERTY
1001 PECAN STREET
EL CAMPO, TX 77437


JOB ENERGY PARTNERS II, LTD.
5810 SAN BERNARDO, STE. 101
LAREDO, TX 78041


JOHN S RUNNELLS III 1964 TRUST, BY JP
MORGAN CHASE BANK & J S RUNNELLS III
C/O JP MORGAN CHASE BANK N.A.
P.O. BOX 99084
FORT WORTH, TX 76199-0084


JOHN S RUNNELLS III 1970 TRUST, BY
NORHERN BANK NA, & CLIVE RUNNELS JR
C/O NORTHERN TRUST BANK MINERALS DEPT
P.O. BOX 226270
DALLAS, TX 75222-6270


JOHNSON, DIANE
377 BRENT STREET
EL CAMPO, TX 77437-9122


JOHNSON, GLEN PATRICK
725 RIVERBEND BLVD.
SAN MARCOS, TX 78666-8473

JONES, DIANNE J.
29338 HUMMINGBIRD CT
WESTLAKE, OH 44145


JRODS ENERGY INVESTMENTS, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


K-C LEASE SERVICE, INC.
P.O. BOX 428
LOUISE, TX 77455


KAIMAL*DONNA LEE LAMPLEY
4028 BARBE WOODS DRIVE
LAKE CHARLES, LA 70605


KAINER REVOCABLE TRUST DATED 5/14/2013
IRIS Y KAINER, SOLE TRUSTEE
1126 ROYAL OAKS DRIVE
STOCKTON, CA 95209


KAINER*BENNIE LOUIS
AS HIS SEPARATE PROPERTY & ESTATE
211 BARRACUDA
PORTLAND, TX 78734


KAINER*DONALD BERNARD
579 FM 960 RD
EL CAMPO, TX 77437


KAINER*JAMES EDWARD
549 FM 960 RD
EL CAMPO, TX 77437


KAINER*LARRY FRANK
4709 E JIM MITCHELL TRAIL
COLLEYVILLE, TX 76034

KAINER*ROBERT LOUIS
942 FM 960
EL CAMPO, TX 77437


KAINER*WILLIAM JAMES
3121 SKY RANCH DR
ALVIN, TX 77511


KAINER, BRIAN REED
709 VILLAWOOD LANE
COPPELL, TX 75019


KAINER, CLINT ALLEN
4015 DUMBARTON
HOUSTON, TX 77025


KAINER, MELISSA ANN
1002 WALLACE STREET
EL CAMPO, TX 77437


KAREN CURRY MANAGEMENT TRUST
UBS FINANCIAL SERVICES, INC.
1200 PROSPECT ST., STE. 500
LA JOLLA, CA 92037


KATHRYN M LONGORIA,
AS HER SEPARATE PROPERTY
7818 PINE FALLS DRIVE
HOUSTON, TX 77095


KIRK PUTNAM
111 S. WALTER AVENUE
NEWBURY PARK, CA 91320


KORENEK, DONNA PAVLIK
139641 FM 961 RD
EL CAMPO, TX 77437

KRUTILEK, PATRICK J
AND WIFE RACHEL KRUTILEK
3214 CT 454
EL CAMPO, TX 77437


KUBECKA, JO LYNETTE SKUTCA
842 COUNTY ROAD 467
PALACIOS, TX 77465


KUBELA TEXAS HOLDINGS, LLC
C/O BASKIN FLEECE, ATTORNEYS AT LAW
13535 FEATHER SOUND DRIVE, STE. 200
CLEARWATER, FL 33762


KUKENDALL, DAPHNE
1403 WATHEN
AUSTIN, TX 78703


LABAY, DAVID LAWRENCE
112 W. CRAIG PLACE
SAN ANTONIO, TX 78212


LABAY, EUGENE B.
c/o PAUL JAMES LABAY, AGENT
112 W. CRAIG PLACE
SAN ANTONIO, TX 78212


LABAY, PATRICK BENNETT
72 AIRPORT BLVD. #12
AUSTIN, TX 78702


LABAY, STEVEN VINCENT
16203 TAFFRAIL WRAY
CROSBY, TX 77532


LABAY-MARQUEZ, JOAN
152 LATIGO LANE
BOERNE, TX 78006

LAMPLEY JR*JAMES D
P.O. BOX 4467
BRYAN, TX 77805


LAMPLEY*LLEWELLYN
P.O. BOX 203430
AUSTIN, TX 77805


LANDWERMEYER*PAULA IONE
566 VZCR 1208
CANTON, TX 75103


LAREDO GATEWAY ENERGY, LTD.
P.O. BOX 1825
LAREDO, TX 78044


LAURANCE ARMOUR III TRUST UNDE
LACY W. ARMOUR, DEC'D BY L ARM
P.O. BOX 600
PIERCE, TX 77467


LAURANCE H ARMOUR III 57/84 TRUST
BY LAURANCE H ARMOUR, TRUSTEE
P.O. BOX 600
PIERCE, TX 77467


LAURANCE H ARMOUR III, INDIVIDUALLY
P.O. BOX 600
PIERCE, TX 77467


LAURANCE H ARMOUR JR & MARGOT B ARM
1989 TRUST, BY STEVEN S ARMOUR ET AL
P.O. BOX 569
PIERCE, TX 77467


LAWHON, PHYLLIS RAMSEY
807 COUNTY ROAD 101
LAMPASAS, TX 76550

LEE*MONICA CAVAZOS
7134 LINDA SUE WAY
CITRUS HEIGHTS, CA 95621


LESVOSKY, FULTON D
3103 SAMAR DRIVE
SAN ANTONIO, TX 78217


LEVERITT*MANDY CARRIERE
409 EAST PONCE DE LEON
SARALAND, AL 36571


LINER, GLADYS KOPECKY
BOX 15
LITTLE SMOKEY
ALBERTA, CANADA TOH3Z0


LORD'S ENERGY, LTD
5810 SAN BERNARDO, STE. 101
LAREDO, TX 78041


LOUIS A CARRIERE TESTAMENTARY TRUST
GEORGE P WILLIS, III TRUSTEE
P.O. BOX 271
EL CAMPO, TX 77437


M BROOKS ARMOUR DIESEL TRUST U
LACY ARMOUR, DEC'D BY L ARMOUR
P.O. BOX 600
PIERCE, TX 77467


MACKEY*ELIZABETH A
IRS
INTERNALREVENUE SERVICE
ACS SUPPORT P.O. BOX 57
BENSALEM, PA 19020-0057


MAIER ENERGY INTERESTS, LP
4 LANTA RIDGE
SAN ANTONIO, TX 78258

MAIER ENERGY INTERESTS, LP
4 LANTANA RIDGE
SAN ANTONIO, TX 78258


MALCO ROYALTIES, LTD.
P.O. BOX 6738
SAN ANTONIO, TX 78209


MANGUM'S OILFIELD SERVICES, IN
P.O. BOX 786
EAGLE LAKE, TX 77434


MANSKE*D.C.
1703 WOODLAND VISTA DR
KINGWOOD, TX 77339


MANSKE*GALAN
3327 GRIMES RANCH ROAD
AUSTIN, TX 78732


MANSKE*MONTE
9118 KIRKSTONE DRIVE
SPRING, TX 77379-5611


MAREK, FRANK W
and GLORIA MAREK
354 CRYSTAL LANE
EL CAMPO, TX 77437


MARIE MEEK, TRUSTEE OF ROBERT & MARI
MEEK GRANDCHILDRENS TRUST, 1990 ET AL
910 AVENUE I
EL CAMPO, TX 77437


MARIE SLOAN
7064 PINECREST AVENUE
WEST MELBOURNE, FL 32904

MARIELA RESOURCES, LLC
P.O. BOX 188
SAN SABA, TX 76877


MARVELL ENERGY, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 78260


MARVELL ENERGY, LTD.
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


MARY CATHERINE SHOUSE
PMB 1150, 3733-1 WESTHEIMER
HOUSTON, TX 77027


MARY W RUNNELLS 1961 TRUST, BY JPMOR
CHASE BANK & JOHN S RUNNELLS III, TRUSTE
C/O JP MORGAN CHASE BANK N.A.
P.O. BOX 99084
FORT WORTH, TX 76199-0084

MARY W RUNNELLS 1970 TRUST, BY NOTHE
TRUST NA, & CLIVE RUNNELLS JR, TRUSTEES
C/O NORTHERN TRUST BANK MINERALS DEPT
P.O. BOX 226270
DALLAS, TX 78222-6270

MATZKE, ELRAY
AND WIFE COLLEEN MATZKE
P.O. BOX 867
EL CAMPO, TX 77437


MATZKE, JEANETTE RICHTER
85 ROSEWOOD
LAKE JACKSON, TX 77566


MAXUM ENTERPRISES, LLC
dba PILOT THOMAS LOGISTICS, LL
P.O. BOX 677732
DALLAS, TX 73069

MAXUM OILFIELD RENTAL, LLC
P.O. BOX 614
EL CAMPO, TX 77437


MAYFIELD, JOHN DREW
P.O. BOX 150431
NASHVILLE, TN 37215-0431


MAYFIELD, LUCY ROSE
28 JAMES TOWN COURT
BATON ROUGE, LA 70809-2166


MAYFIELD, MARY JO
7575 JEFFERSON HIGHWAY #82
BATON ROUGE, LA 70806


MCAFEE*SYLVIA GROESBECK
11015 NE CAMPAIGN ST
PORTLAND, OR 97220


MCCAULEY, SUZANNE TAYLOR
22823 WHITEWATER CREEK CIRCLE
KATY, TX 77450


MEBANE FAMILY LP
BETTE MEBANE, MANAGER
101 RIVERCREST DRIVE
FORT WORTH, TX 76107


MEBANE MINERALS, LP
BETTE MEBANE, MANAGER
101 RIVERCREST DRIVE
FORT WORTH, TX 76107


MECOM*BETSY
C/O LMD INTERESTS
P.O. BOX 100
AVONDALE, CO 81022

MEEK, RICHARD ALAN
AS HIS SEPARATE PROPERTY & ESTATE
P.O. BOX 394
LOUISE, TX 77455


MEHRENS*NANCY KAINER
AS HER SEPARATE PROPERTY & ESTATE
130 COUNTY ROAD 3255
CLIFTON, TX 76634


MELISA GAY PRASEK, TRUSTEE OF THE CLA
MARIE MEEK SPECIAL SUPPLEMENTAL CARE TST
29714 US 59 HWY
EL CAMPO, TX 77437


MELODIE MORRISSEY, AS HER SEPERATE P
WHOSE HUSBAND IS MICHAEL MORRISSEY
1011 DEER PATH TRAIL
OXFORD, MI 48371


MEM2 ENERGY, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 782600


MEM2 ENERGY, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


MEXCO ENERGY CORPORATION
P.O. BOX 10502
MIDLAND, TX 79702-7502


MICHAEL C KONDRAT, AS HIS SEPERATE PR
WHOSE WIFE IS CHARLENE KONDRAT
1898 BEVERLY BLVD
BERLEY, MI 48072


MICKELSON*KAREN
P.O. BOX 627
EL CAMPO, TX 77437

```
MICKELSON, KAREN
P.O. BOX 627
EL CAMPO, TX 77437


MILLER, PATRICIA J
4935 COUNTY ROAD 458 RD
EL CAMPO, TX 77437


MILLER, RICHARD J
AS HIS SEPARATE PROPERTY
2820 MYATT LANE
EL CAMPO, TX 77437


MILLER, THOMAS J
AS HIS SEPARATE PROPERTY
118 GREENBRIAR
MONTGOMERY, TX 77356


MOCK*MARGARET KAINER
4727 BRIAN HAVEN
HOUSTON, TX 77018


MOLLINAR, CURTIS WAYNE
1201 QUAIL HOLLOW DR
EL CAMPO, TX 77437


MOLLNAR, JR ROBERT LOUIE
1201 QUAIL HOLLOW DR
EL CAMPO, TX 77437


MOLLNAR, ROBERT L
AS HIS SEPARATE PROPERTY & ESTATE
1201 QUAIL HOLLOW DR.
EL CAMPO, TX 77437


MOLLNAR, SCOTT ALLEN
1658 FM 1300
EL CAMPO, TX 77437
```

MONTGOMERY*ARLENE
2210 SUNNY SLOPE DR
AUSTIN, TX 78703


MORRIS, SHARON
AS HER SEPARATE PROPERTY
613 AVENUE K
EL CAMPO, TX 77437


MOSS*LINDA
220 N. ZAPATA HIGHWAY #11A
LAREDO, TX 78043


MOSS*RICHARD A
2400 GLENDALE ROAD
JOPLIN, MO 64804


MULLINS*DON R
4545 POST OAK PLACE DRIVE, SUITE 144
HOUSTON, TX 77027


NANCY P CHAIRENZA
3532 SILVER SPUR COURT
ROSAMOND, CA 93560


NELDA BALFA HENDERSON, TRUSTEE OF TH
KEITH PAUL HENDERSON TRUST
509 BERARD
BREAX BRIDGE, LA 70517


NETTLESHIP ENERGY INTERESTS, L
P.O. BOX 188
SAN SABA, TX 76877


NEWPARK DRILLING FLUIDS, LLC
P.O. BOX 973167
DALLAS, TX 75397-3167

NOBLE ROYALTIES, INC
DBA: SYCAMORE ROYALTIES
P.O. BOX 660082
DALLAS, TX 75266-0082


NOBLE ROYALTY ACCESS FUND 15, LP
P.O. BOX 660082
DALLAS, TX 7566-0082


NOVA DIRECTIONAL, INC.
P.O. BOX 1862
CYPRESS, TX 77410


O'REGAN, GRAHAM
AS HIS SEPARATE PROPERTY AND ESTATE
6542 HIGHWAY 145 SO
MERIDAN, MS 39301


O'REGAN, IAN
AS HIS SEPARATE PROPERTY AND ESTATE
9530 AQUA VERDE
HELOTES, TX 78023


PAGE, MELISSA DIANE REED
AS HER SEPARATE PROPERTY AND ESTATE
19 VERMILION CT
SOUTLAKE, TX 76092


PALT, RAY
AND WIFE MARCIA PALT
5323 COUNTY ROAD 458
EL CAMPO, TX 77437


PARKER*EVELYN SUE
P.O. BOX 5875
AUSTIN, TX 78763-5875


PARKER, EVELYN SUE
P.O. BOX 5875
AUSTIN, TX 78763-5875

PARMA, BETTY ANN
AND HUSBAND B.G. PARMA
782 CR 459
EL CAMPO, TX 77437


PATRICIA H KITTREDGE TRUST
C/O PATRICIA KITTREDGE, TRUSTEE
1229 PARKER AVENUE
KALAMAZOO, MI 49008


PAVLIK, CAROLYN
2108 BENJAMIN AVENUE
KALAMAZOO, MI 49008


PAVLIK, JAMES
209 CR 346
EL CAMPO, TX 77437


PAVLIK, WERNER F
1323 COUNTY RD 351
EL CAMPO, TX 77437


PENDERGRASS*CAROL
P.O. BOX 1141
DEL RIO, TX 78841


PEPPIATT*SAM
14303 RIVER FOREST
HOUSTON, TX 77079


PHEASANT ENERGY, LLC
P.O. BOX 471458
FORT WORTH, TX 76147


POTTS, RODNEY
3402 SOFT RAIN
SAN ANTONIO, TX 78259

POWERS, REBECCA ANN RAMSEY
P.O. BOX 1277
SONORA, TX 76950


PRASEK, MELISA GAY
AS HER SEPARATE PROPERTY
29714 US 59 HWY
EL CAMPO, TX 77437


PUTNAM, CLIFTON
27969 CARVEL DRIVE
CANYON COUNTRY, CA 91351


PUTNAM, TOM
35425 BONITA DRIVE
YUCAIPA, CA 92399


PYRAMID TUBULAR PRODUCTS, INC.
P.O. BOX 301604
DALLAS, TX 75303-1604


QUIROS ENERGY EXPLORATION II,
5810 SAN BERNARDO, STE. 101
LAREDO, TX 78041


QUIROS ENERGY EXPLORATION, LTD
5810 SAN BERNARDO, STE. 101
LAREDO, TX 78041


R THOMAS JONES FAMILY, LP
R. THOMAS JONES MANAGEMENT LLC
8330 FM 1692
MILES, TX 76861


R&W CLARK MINERALS, LTD
2306 OLD BULLARD ROAD
TYLER, TX 75701-5325

RADLEY, RITA JEAN
1603 AVENUE C
EL CAMPO, TX 77437


RAMSEY, RICHARD MYATT
P.O. BOX 396
DANEVANG, TX 77432


RAUN, LINDA CLAPP
and L.G. RAUN, JR.
311 AVENUE A
EL CAMPO, TX 77437


RAYBOURN H. SMISER 1999 REVOCABLE
TRUST DATED MAY 17, 1999
C/O RAYBOURN H SMISER JR TRUSTEE
P.O. BOX 60731
OKLAHOMA CITY, OK 73146

RAYNER IV, DAVID T
13008 SHIP BELL DRIVE
MANOR, TX 78653


RAYNER, ASHLEY M
911 WEST GROVE
WEST GROVE, TX 75701


RCPTX,LTD
777 TAYLOR ST, SUITE 810
FORT WORTH, TX 76102


REDICK*SETH THOMAS
13 W FRANCIS STREET
CARLSBAD, NM 88220-5162


REED, CLEO BECK
P.O. BOX 1548
EL CAMPO, TX 77437

REED, JACK EDGAR
AS HIS SEPARATE PROPERTY AND ESTATE
P.O. BOX 948
EL CAMPO, TX 77437


REED, JOHN CLAYTON
AS HIS SEPARATE PROPERTY
609 N. CANYONWOOD DRIVE
DRIPPING SPRINGS, TX 78620


REIERSEN*WILDA ELAINE
c/o TINE NILSEN HESTER
11353 CLOVER AVE
LOS ANGELES, CA 90066


REITZ FAMILY LIMITED PARTNERSHIP
982 CANYON OAKS RD
CRAWFORD, TX 76638


REYNOLDS, CLYDE
3421 CR 456
EL CAMPO, TX 77437


RHODES, CONNIE
20440 AVE. 256
EXETER, CA 93221


RICHARDS, ANITA RAMSEY
1318 FOREST BROOK DRIVE
SUGARLAND, TX 77479


RICHARDS, SUSAN HANCOCK
AS HER SEPARATE PROPERTY
231 MEADOW AVE
EL CAMPO, TX 77437


RICHTER, JR. ALDEN J.
824 CHINA ST
EL CAMPO, TX 77437

RICOCHET ENERGY, INC.
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


RICOCHET INTERESTS, LTD.
16111 SHAVANO
SAN ANTONIO, TX 78249


RISCHE*R.R.
4247 PIRATES BEACH
GALVESTON, TX 77554


ROD, GLEN A.
AND WIFE KATHRYN M ROD
342 COUNTY ROAD 459
EL CAMPO, TX 77437


ROD, STANLEY A
AND WIFE CAROLE J ROD
1025 CR 459
EL CAMPO, TX 77437


ROD, VANESSA K
1293 CR 459
EL CAMPO, TX 77437


RODRIGUEZ*PAUL
AND LYDIA RODRIGUEZ
9978 FM 2546
EL CAMPO, TX 77437


RONALD B COLLINS, TRUSTEE OF
THE EDGAR F ERWIN TRUST
P.O. BOX 1567
EL CAMPO, TX 77437


RONALD B COLLINS, TRUSTEE OF
JOSEPH D. ERWIN TRUST
P.O. BOX 1567
EL CAMPO, TX 77437

```
RONALD B COLLINS, TRUSTEE OF
THE KEVIN G ERWIN TRUST
P.O. BOX 1567
EL CAMPO, TX 77437


ROTHWELL*MARK A
2727 ALLEN PARKWAY, STE. 1900
HOUSTON, TX 77019


ROTHWELL*SCOTT BRADLEY
2727 ALLEN PARKWAY, SUITE 1900
HOUSTON, TX 77019


ROTHWELL, MARK A.
2727 ALLEN PARKWAY, SUITE 1900
HOUSTON, TX 77019


ROTHWELL, SCOTT BRADLEY
2727 ALLEN PARKWAY, SUITE 1900
HOUSTON, TX 77019


SAVINO*CYNTHIA GLAZE
8347 FM 1300
LOUISE, TX 77455


SCHLUMBERGER TECHNOLOGY CORPOR
P.O. BOX 732149
DALLAS, TX 75373-2149


SHEILA ANN DAVIS FOR LIFE, WITH REMAIND
TO GREGORY W DAVIS, DARRON K DAVIS
P.O. BOX 293605
KERRVILLE, TX 78029


SHERRI HUTCHISON TADLOCK TRUS
uwo HARRY HUTCHISON JR, DECEAS
c/o SHERRI L. TADLOCK, TRUSTEE
6400 ACACIA DRIVE
LEANDER, TX 78641
```

SHIDLER*MARK L
AND WIFE MITZI SHIDLER
1313 CAMPBELL ROAD, BUILDING D
HOUSTON, TX 77055


SHIELA ANN DAVIS FOR LIFE,WITH REMAIND
TO GREGORY W DAVIS, DARRON K DAVIS
P.O. BOX 293605
KERRVILLE, TX 78029


SIMPSON, KENNETH WAYNE
AND WIFE MARY ANN SIMPSON
P.O. BOX 1261
EL CAMPO, TX 77437


SKUTCA, JR WALTER L
1699 COUNTY ROAD 436
BAY CITY, TX 77414


SMISER GRANDCHILDREN'S TRUST
C/O RAYBOURN H SMISER JR, TRUSTEE
P.O. BOX 60731
OKLAHOMA CITY, OK 73102


SMITH*GREGORY T.
3 WINDFERN PLACE
THE WOODLANDS, TX 77382


SMITH, KATHRYN J
AS HER SEPARATE PROPERTY
P.O. BOX 1424
EL CAMPO, TX 77437


SNEED*JESSIE CAVAZOS
3081 NORTH DEWEY AVENUE
FRESNO, CA 93922-4727


SOONER NATION ROYALTIES, LLC
105 NORTH HUDSON, SUITE 200
OKLAHOMA CITY, OK 73102

SOUTHWEST PETROLEUM COMPANY, LP
P.O. BOX 702377
DALLAS, TX 75370-2377


SPIDLE TURBECO INC.
DBA OF TORBECO, INC. A FLOTEK
P.O. BOX 677496
DALLAS, TX 75267-7496


STATES ROYALTY LIMITED PARTNERSHIP
P.O. BOX 911
BRECKENRIDGE, TX 76424-0911


STEVEN S ARMOUR, INDIVIDUALLY
P.O. BOX 600
PIERCE, TX 77467


STEVEN S. ARMOUR DIESEL UNDER
LACY ARMOUR, DEC'D BY L. ARMOU
P.O. BOX 600
PIERCE, TX 77467


STEVEN SHELLY ARMOUR 1987 TRUS
STEVEN S. ARMOUR, TRUSTEE
P.O. BOX 600
PIERCE, TX 77467


STOCKTON*KIMBERLY MURRAY
AS HER SEPARATE PROPERTY
23602 POWER MILL DRIVE
TOMBALL, TX 77377


STOKES*SHIRLEE A
152 POST OFFICE ROAD
SOUTH SALEM, NY 10590


STONE, MELINDA MILLER
8109 RAIN DANCE TRAIL
FORT WORTH, TX 76123

```
STRICKER ENERGY, LTD
6071 FM 1343
DEVINE, TX 78016


SUBLETT JR*JOHN W
3526 W SHANDON AVE
MIDLAND, TX 79707


SUBLETT*JEFFREY S
P.O. BOX 863
GANADO, TX 77962


SUBLETT*WALLACE R
4612 VENTURA WEST CT
ELK GROVE, CA 95758


SVENSEN FAMILY TRUST
WILLIAM T AND HELEN G SVENSEN TRUSTEES
2175 VITTORIA COURT
BOWIE, MD 20721-2818


SWANSON, DELBUR
and SUSAN SWANSON
2105 CR 351 RD
EL CAMPO, TX 77437


SWANSON, SUSAN HERMANSEN
AS HER SEPARATE PROPERTY & ESTATE
251 STONEY CREEK
HOUSTON, TX 77024


TAYLOR, CHARLES
31843 EDGEWATER DRIVE
MAGNOLIA, TX 77354


TAYLOR, GORDON E
1214 LAMONTE
HOUSTON, TX 77018
```

TAYLOR, III, GERALD E
5409 BRAMBLE LANE
DICKINSON, TX 77539


TEXCO PARTNERS, LP
P.O. DRAWER C
MEXIA, TX 76667


THE ANGEL CAVAZOS TRUST OF 2000
c/o ANGEL CAVAZOS, TRUSTEE
4230 STOP 42B
ZAPATA, TX 78706


THE ANGEL CAVAZOS TRUST OF 2000
c/o MARIA LUISA FERNANDEZ, TRUSTEE
4230 STOP 42B
ZAPATA, TX 78076


THE ETHEL C WIGINTON ESTATE
7918 WHEEL RIM CIRCLE
AUSTIN, TX 78749


THE GARCIA FAMILY INVESTMENTS, LP
9456 SOUTH PRESA
SAN ANTONIO, TX 78223


THE SUZANNE L JOHNSON REVOCABLE TRUST
C/O SUZANNE MEIBERGEN, SUCCESSOR TRUSTEE
1508 OAKHILL CIRCLE
ENID, OK 73703


THE TERMO COMPANY
P.O. BOX 2767
LONG BEACH, CA 90801


THE UNIVERSITY OF TEXAS (BOA)
F.W. AND HELEN FRANKE FUND
P.O. BOX 551
MIDLAND, TX 79702-0551

THE UNIVERSITY OF TEXAS (BOR)
MIKE MEBANE FUND
P.O. BOX 551
MIDLAND, TX 79702


TOMPKINS, IV, V.W.
AND WIFE BRENDA TOMPKINS
842 COUNTY ROAD 459
EL CAMPO, TX 77437


TOWNSEND*CLYDE W
P.O. BOX 425
LOUISE, TX 77455


TOWNSEND*IVAN L
P.O. BOX 152
LOUISE, TX 77455


TRIPLE "H" ENERGY, LTD
16111 VIA SHAVANO
SAN ANTONIO, TX 78249


TUGGLE, JARVIS USTYNIK
813 STONE MOUNTAIN DRIVE
CONROE, TX 77302


TUNSTALL, MARCIE S
190 ACR 3595
PALESTINE, TX 75803


TUPA, BENNY R
AND WIFE LENA TUPA
664 CR 459
EL CAMPO, TX 77437


USTYNIK, DALTON
4221 VALLEY CIRCLE DRIVE
CORPUS CHRISTI, TX 78143

VACKAR, DONALD
6123 WILLOWCREST CT
SPRING, TX 77389


VACKAR, JR HUGO G
2102 WASHINGTON IRVING DRIVE
PEARLAND, TX 77581


VAQUILLAS ENERGY EAST PEARSALL
5810 SAN BERNARDO AVE
SUITE 101
LAREDO, TX 78041


VAQUILLAS ENERGY HAHN, LTD.
5810 SAN BERNARDO AVE
SUITE 101
LAREDO, TX 78041


VASICEK*IONA ALTHA LAMPLEY
1502 DOUGLAS
MIDLAND, TX 79701


VASICEK*MARK E
80 BRUSH HILL AVE, #39
WEST SPRINGFILED, MA 1089


VASICEK*MICHAEL R
P.O. BOX 10948
MIDLAND, TX 79702


VAWTER*JEFFREY L.
6511 BROOKGATE
SPRING, TX 77373


VERNON EMSHOFF FAMILY TRUST u/w/o
VERNON EMSHOFF, DECEASED
6864 FM 960
WHARTON, TX 77488

VICK*MARIAN GLAZE
4330 CR 389
EL CAMPO, TX 77437


WAGNER*DAWN L.
2609 SUE STREET
EL CAMPO, TX 77437


WALLACE, PATRICIA SKUTCA
213 LISA LANE
BELLVILLE, TX 77418


WALTER W. DUSON TRUST
C/O RANDY M. CLAPP, TRUSTEE
505 REGENCY DRIVE
EL CAMPO, TX 77437


WARD, FRANCES H
2780 DEERFIELD DRIVE
LITHIA SPRINGS, GA 30122


WATZ, MICHAEL P
AND WIFE JACQUELINE ANN WATZ
958 COUNTRY ROAD 452
EL CAMPO, TX 77437


WENDEL*PAULA HENDERSON
P.O. BOX 7751
HORSESHOE BAY, TX 78657


WENDTLAND*LAURA M
AS HER SEPERATE PROPERTY
21535 DOUGLAS SPUR DR
RICHMOND, TX 77406


WENGLAR, CATHERINE GLENELL
202 AVENUE A
EL CAMPO, TX 77437-4218

WESTERVELT LIMITED PARTNERSHIP
P.O. BOX 21297
OKLAHOMA CITY, OK 73156

WIGINTON*WILLIAM B
2404 MARGUERITE
BAY CITY, TX 77414

WILEMON, DR. KAY CREATH
9 N PEAK RD
WEST LAKE HILLS, TX 78746

WILL'S INTERESTS, LLC
107 EAST CALHOUN STREET
EL CAMPO, TX 77437-4406

WILLIAMS*ELIZABETH ANN
16186 BAYWOOD LANE
GRANGER, IN 46530-9716

WILLIAMS*JAMES MICHAEL
AND WIFE LINDA S WILLIAMS
973 MARBURY CT SW
MARIETTA, GA 30064-2990

WILLIAMS*JAMES MICHAEL
973 MARBURY CT SW
MARIETTA, GA 30064-2990

WILLIAMS*THOMAS BRUCE
120 HORIZON DR
DENVER, PA 17517-9633

WILLIS*GWEN D
P.O. BOX 271
EL CAMPO, TX 77437

WISE, GARY
1114 CESAR CHAVEZ


YACKEL, HERBERT JAMES
6418 CR 659
BRAZORIA, TX 77422


ZEUS PETROLEUM, INC
P.O. BOX 458
BELLAIRE, TX 77402-0458