**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| RICOCHET ENERGY, INC., *et al.*[1] | § | |
|     DEBTORS. | § | CASE NO. 16-51148-RBK |
| | § | |
| | § | (Joint Administration Pending) |

**DEBTORS' WITNESS & EXHIBIT LIST FOR FIRST DAY MOTIONS**

**SET FOR HEARING THURSDAY, MAY 26, 2016 AT 10:30 A.M.
COURTROOM 1, HIPOLITO F. GARCIA FED. BLDG & COURTHOUSE**

                                                  **MARTIN & DROUGHT, P.C.**
                                                  MICHAEL G. COLVARD
                                                  State Bar No. 04629200
                                                  Bank of America Plaza, 25th Floor
                                                  300 Convent Street
                                                  San Antonio, Texas 78205
                                                  Telephone: (210) 227-7591
                                                  Facsimile: (210) 227-7924
                                                  E-Mail: mcolvard@mdtlaw.com
                                                  **PROPOSED COUNSEL FOR DEBTORS
RICOCHET ENERGY, INC. and
RICOCHET INTERESTS, LTD.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ricochet Energy, Inc. (7065) and Ricochet Interests, Ltd. (2600). The address for all of the Debtors is 16111 Via Shavano, San Antonio, Texas 78249.

Ricochet Energy, Inc. and Ricochet Interests, Ltd. (jointly referred to herein as "Ricochet"), by and through its attorneys, hereby submit its Witness & Exhibit List for the hearing on the Debtors' First Day Motions filed May 19, 2016 and set for hearing on May 26, 2016.

## I. WITNESSES

1. Jerry L. Hamblin

2. Ricochet reserves the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## II. EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Note – The J.O. Walker, Jr. Family Limited Partnership | | | | |
| 2. | Deed of Trust - The J.O. Walker, Jr. Family Limited Partnership | | | | |
| 3. | Prospect Generation and Exploration Agreement – Ricochet/JOB Energy Partners, II, Ltd. | | | | |
| 4. | Proposed Budget – Cash Collateral – with Interim Expense budget through July 1, 2016 | | | | |
| 5. | Monthly Payroll List | | | | |
| 6. | Critical Vendor List | | | | |
| 7. | List of Working Interest Owners | | | | |
| 8. | List of Royalty Owners | | | | |
| 9. | Joint Interest Billings by Well | | | | |
| 10. | Ricochet A/R – May 2016 | | | | |
| 11. | Declaration of Jerry L. Hamblin in Support of Chapter 11 Petitions and First Day Motions | | | | |

| 12. | Management Agreement | | | | |
|-----|---------------------|---|---|---|---|

      Ricochet reserves the right to use any exhibits presented by any other party.

      Ricochet also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

      Ricochet reserves the right to supplement or amend its Exhibit List any time prior to the hearing.

      Ricochet requests that the Court take judicial notice of all filed and docketed material within this case.

### **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the Court's ECF System and with the exhibits attached via the manner indicated, to the parties listed below on May 25, 2016.

***Via Hand Delivery:***
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

                                                    /s/Michael G. Colvard
                                                    MICHAEL G. COLVARD