**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| RICOCHET ENERGY, INC., | § § | LEAD CASE No.    16-51148-RBK |
| RICOCHET INTERESTS, LTD., | § § | SECOND CASE No. 16-51149-RBK |
| Jointly Administered Debtors. | § § § | CHAPTER 11 (Jointly Administered Under Case No. 16-51148-RBK) |

**DEBTORS' WITNESS & EXHIBIT LIST FOR PENDING MOTIONS
SET FOR HEARING WEDNESDAY, JULY 13, 2016 AT 2:00 P.M.
COURTROOM 1, HIPOLITO F. GARCIA FED. BLDG & COURTHOUSE**

        **MARTIN & DROUGHT, P.C.**
        MICHAEL G. COLVARD
        State Bar No. 04629200
        Bank of America Plaza, 25th Floor
        300 Convent Street
        San Antonio, Texas  78205
        Telephone: (210) 227-7591
        Facsimile:  (210) 227-7924
        E-Mail: mcolvard@mdtlaw.com
        **COUNSEL FOR DEBTORS,
        RICOCHET ENERGY, INC. and
        RICOCHET INTERESTS, LTD.**

Ricochet Energy, Inc. and Ricochet Interests, Ltd. (jointly referred to herein as "Ricochet"), by and through its attorneys, hereby submit its Witness & Exhibit List for the pending motions set for hearing on July 13, 2016.

## I. WITNESSES

1. Jerry L. Hamblin

2. Ricochet reserves the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## II. EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Note – The J.O. Walker, Jr. Family Limited Partnership | | | | |
| 2. | Deed of Trust - The J.O. Walker, Jr. Family Limited Partnership | | | | |
| 3. | Prospect Generation and Exploration Agreement – Ricochet/JOB Energy Partners, II, Ltd. | | | | |
| 4. | Proposed Budget – Cash Collateral – with Interim Expense budget through July 1, 2016 | | | | |
| 5. | Revised Budget – Interim Budget May-August | | | | |
| 6. | Monthly Payroll List | | | | |
| 7. | List of Working Interest Owners | | | | |
| 8. | List of Royalty Owners | | | | |
| 9. | Joint Interest Billings by Well | | | | |
| 10. | Ricochet A/R – May 2016 | | | | |
| 11. | Declaration of Jerry L. Hamblin in Support of Chapter 11 Petitions and | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | First Day Motions | | | | |
| 12. | Management Agreement | | | | |
| 13. | Schedules – Ricochet Energy | | | | |
| 14. | Amended Schedules – Ricochet Energy | | | | |
| 15. | Schedules – Ricochet Interests | | | | |
| 16. | Amended Schedules – Ricochet Interests | | | | |
| 17. | AFE – Lange-Clapp | | | | |
| 18. | Ricochet Management FCCS | | | | |
| 19. | Ricochet Energy/Interests – Well Schedule and Cash Flow Forecast – May-August 2016 | | | | |
| 20. | Ricochet Energy/Interests – LOE Costs | | | | |
| 21. | Production Estimates | | | | |

Ricochet reserves the right to use any exhibits presented by any other party.

Ricochet also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Ricochet reserves the right to supplement or amend its Exhibit List any time prior to the hearing.

Ricochet requests that the Court take judicial notice of all filed and docketed material within this case.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the Court's ECF System and with the exhibits attached via Regular U.S. Mail, postage prepaid, to the parties listed below on July 6, 2016.

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

The J.O. Walker Jr. Family Partnership
c/o Ray Battaglia, Attorney at Law
66 Granburg Circle
San Antonio, TX 78218

Official Committee of Unsecured Creditors
c/o Aaron M. Guerrero
Snow Spence Green, LLP,
2929 Allen Parkway, Suite 2800
Houston, TX 77019

Baker Hughes Oilfield Operations, Inc.
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

                                                   /s/Michael G. Colvard
                                                   MICHAEL G. COLVARD