IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-51148-RBK |
| | § | CASE NO. 16-51149-RBK |
| RICOCHET ENERGY, INC.; | § | |
| RICOCHET INTERESTS, LTD.; | § | |
| | § | |
| | § | |
| DEBTORS. | § | (Chapter 11) |

**BAKER HUGHES OILFIELD OPERATIONS, INC.'S, SCHLUMBERGER TECHNOLOGY CORPORATION'S, SMITH INTERNATIONAL, INC.'S, WESTERNGECO, LLC AND THOMAS ENERGY SERVICES, LLC'S
WITNESS AND EXHIBIT LIST**
[Relates to Doc. Nos. 1, 3, 29, 95 and 102]

Baker Hughes Oilfield Operations, Inc. ("Baker Hughes"), Schlumberger Technology Corporation ("Schlumberger"), Smith International, Inc. ("Smith International"), WesternGeco, LLC ("WesternGeco") and Thomas Energy Services, LLC ("Thomas Energy" and, together with Schlumberger, Smith International, and WesternGeco, the "Schlumberger Parties" and with Baker Hughes collectively referred to herein as the "Objecting Creditors") file this Witness and Exhibit List for all matters scheduled to be heard on July 13, 2016 at 2:00 p.m. (the "Hearing").

## Exhibit List

| Ex. No. | Document Description | Date | OFF | OBJ | ADM |
|---|---|---|---|---|---|
| 1. | Motion to Incur Capital Expense and Utilize Cash Collateral to Satisfy Completion Costs on Lange-Clapp Unit #1 [Docket No. 95] | 2016.07.01 | | | |
| 2. | Baker Hughes Oilfield Operations, Inc.'s and Schlumberger Technology Corporation's Response and Objection to Debtors' Emergency Motion for Interim and Final Authority for the Debtors to Use Cash | 2016.05.23 | | | |

1

*Objecting Creditors Witness and Exhibit List*
373656v.1 B075/00526

| Ex. No. | Document Description | Date | OFF | OBJ | ADM |
|---|---|---|---|---|---|
| | Collateral, and Determining Adequate Protection [Docket No. 29] | | | | |
| 3. | Baker Hughes Invoice No. 906627701 along with any corresponding work tickets | 2015.12.03 | | | |
| 4. | Statement Securing Lien Against Oil and Mineral Property by Baker Hughes Oilfield Operations, Inc., recorded in the Real Property Records of Zapata County, Texas | | | | |
| 5. | Baker Hughes Invoice No. 906656685 along with any corresponding work tickets | 2015.12.14 | | | |
| 6. | Statement Securing Lien Against Oil and Mineral Property by Baker Hughes Oilfield Operations, Inc., recorded in the Real Property Records of Wharton County, Texas | | | | |
| 7. | Baker Hughes Sales Service Ticket for Vineyard #1 dated January 24, 2016 | 2016.01.24 | | | |
| 8. | Baker Hughes Invoice No. 906780920 along with any corresponding work tickets | 2016.01.26 | | | |
| 9. | Baker Hughes Invoice No. 906944903 along with any corresponding work tickets | 2016.03.24 | | | |
| 10. | Baker Hughes Invoice No. 906964878 along with any corresponding work tickets | 2016.03.31 | | | |
| 11. | Statement Securing Lien Against Oil and Mineral Property by Baker Hughes Oilfield Operations, Inc., recorded in the Real Property Records of Wharton County, Texas Instrument No. 2016-00002743 | 2016.06.08 | | | |
| 12. | Statement Securing Lien Against Oil and Mineral Property by Baker Hughes Oilfield Operations, Inc., recorded in the Real Property Records of Wharton County, Texas Instrument No. 2016-00002804 | 2016.06.10 | | | |
| 13. | Statement Securing Lien Against Oil and Mineral Property by Baker Hughes Oilfield Operations, Inc., recorded in the Real Property Records of Wharton County, Texas Instrument No. 2016-00002865 | 2016.06.13 | | | |
| 14. | Schlumberger Invoice Nos. 9093135199 and 9093138638 for work performed on the Evangeline well in Wharton County, Texas along with any corresponding work tickets | 2016.02.20-2016.02.27 | | | |
| 15. | Schlumberger Invoice Nos. 9093148528 and 9093148532 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.04.07-2016.04.25 | | | |
| 16. | Smith Energy Invoice Nos. 11677122 and 11684137 | 2016.01.12- |

| Ex. No. | Document Description | Date | OFF | OBJ | ADM |
|---|---|---|---|---|---|
|  | for work performed on the Betty Mae well in Wharton County, Texas along with any corresponding work tickets | 2016.03.25 |  |  |  |
| 17. | Smith Energy Invoice Nos. 11680666 and 11682528 for work performed on the Evangeline well in Wharton County, Texas along with any corresponding work tickets | 2016.02.10-2016.03.07 |  |  |  |
| 18. | Smith Energy Invoice Nos. 11678665 and 11678667 for work performed on the Vineyard well in Wharton County, Texas along with any corresponding work tickets | 2016.01.26 |  |  |  |
| 19. | Smith Energy Invoice Nos. 11685395 and 11686543 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.04.08-2016.04.26 |  |  |  |
| 20. | Thomas Energy Invoice No. 2016150995 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.03.27 |  |  |  |
| 21. | Thomas Energy Invoice No. 2016001671 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.04.22 |  |  |  |
| 22. | Thomas Energy Invoice No. 20161722 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.04.28 |  |  |  |
| 23. | Thomas Energy Invoice No. 2016001854 for work performed on the Lange-Clapp well in Wharton County, Texas along with any corresponding work tickets | 2016.05.20 |  |  |  |
| 24. | WesternGeco Invoice No. HA9 along with any corresponding work tickets | 2016.04.27 |  |  |  |

## Witness List

1. Susan Baletka on behalf of Baker Hughes.

2. Matt Richards on behalf of the Schlumberger Parties.

3. Any other witness identified by any other party.

The Objecting Creditors reserve the right to call rebuttal witnesses and introduce rebuttal exhibits as necessary. The Objecting Creditors reserve the right to further amend and/or supplement the foregoing exhibit and witness list.

Dated: July 8, 2016

        Respectfully submitted,

        CRADY, JEWETT & McCULLEY, LLP

By: */s/ William R. Sudela*
    William R. Sudela
    State Bar No. 19463300
    Email: wsudela@cjmlaw.com
    Kendall V. Speer
    State Bar No. 24077954
    Email: kspeer@cjmlaw.com
    2727 Allen Parkway, Suite 1700
    Houston, Texas 77019-2125
    Telephone: (713) 739-7007
    Facsimile: (713) 739-8403

*Attorneys for Baker Hughes Oilfield Operations, Inc.; Schlumberger Technology Corporation; Smith International, Inc.; WesternGeco, LLC; and, Thomas Energy Services, LLC*

## CERTIFICATE OF SERVICE

This is to certify that service of this document has been made on the 8th day of July, 2016, to counsel for the Debtors, the United States Trustee, counsel for the Secured Lenders, the Unsecured Creditors' Committee, and all creditors and parties in interest requesting notice by ECF notification.

*/s/ William R. Sudela*
William R. Sudela

4

*Objecting Creditors Witness and Exhibit List*
373656v.1 B075/00526