#89 MTN. FOR RELIEF

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Thomas A. Lamont vs. Ricochet Energy, Inc. | | | | | DISTRICT COURT Western (San Antonio) | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Eric Terry | | | DEFENDANT'S ATTORNEY<br>Michael Colvard | | DOCKET NUMBER<br>16-51148 | |
| | | | | | TRIAL DATE(S)<br>8/2/16 | |
| PRESIDING JUDGE<br>*RONALD B. KING* | | | ELECTRONIC COURT RECORDING OPERATOR<br>Cindy Sanchez | | COURTROOM DEPUTY<br>*JANA BRISIEL* | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES | |
| W-1 | | 8/2/16 | ——— | ——— | Christopher Payne | FILED<br>AUG 0 2 2016<br>U.S. BANKRUPTCY COURT<br>BY_____ DEPUTY |
| 1 | | 8/2/16 | Yes | 8/2/16 | Motion of Thomas A. Lamont to Lift the Automatic Stay to Allow Ricochet Lawsuit to Proceed [Docket #89] | |
| 2 | | 8/2/16 | Yes | 8/2/16 | Unopposed Motion of Debtor to Lift the Automatic Stay to Allow Ricochet Lawsuit to Proceed [Docket #44 in Case 15-50120] | |
| 3 | | 8/2/16 | Yes | 8/2/16 | Order Granting Unopposed Motion of Debtor to Lift the Automatic Stay to Allow Ricochet Lawsuit to Proceed [Docket #47 in case 15-50120] | |
| 4 | | 8/2/16 | Yes | 8/2/16 | Order Authorizing Employment of Attorneys [Docket #33 in Case 15-50120] | |
| 5 | | 8/2/16 | Yes | 8/2/16 | Third Amended Plan [Docket #84 in Case 15-50120] | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size. Page 1 of 1 Page(s)