**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICOCHET ENERGY, INC., | § | LEAD CASE No.    16-51148-RBK |
| | § | |
| RICOCHET INTERESTS, LTD., | § | SECOND CASE No. 16-51149-RBK |
| | § | |
| Jointly Administered Debtors. | § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| | § | Case No. 16-51148-RBK) |

**DEBTORS' WITNESS & EXHIBIT LIST FOR FIRST APPLICATION FOR INTERIM
COMPENSATION OF FEES AND EXPENSES OF MARTIN & DROUGHT, P.C.
SET FOR HEARING WEDNESDAY, SEPTEMBER 14, 2016 AT 2:00 P.M.
COURTROOM 1, HIPOLITO F. GARCIA FED. BLDG & COURTHOUSE**

**MARTIN & DROUGHT, P.C.**
MICHAEL G. COLVARD
State Bar No. 04629200
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas  78205
Telephone: (210) 227-7591
Facsimile:  (210) 227-7924
E-Mail: mcolvard@mdtlaw.com
**COUNSEL FOR DEBTORS,
RICOCHET ENERGY, INC. and
RICOCHET INTERESTS, LTD.**

Ricochet Energy, Inc. and Ricochet Interests, Ltd. (jointly referred to herein as "Ricochet"), by and through its attorneys, hereby submit its Witness & Exhibit List for the First Application for Interim Compensation of Fees and Expenses of Martin & Drought, P.C. set for hearing on September 14, 2016.

## I.    WITNESSES

1.    Michael G. Colvard

2.    Ricochet reserves the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## II.    EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|-------|-------------|---------|-------|----------|-------------|
| 1. | First Application for Interim Compensation of Fees and Expenses of Martin & Drought, P.C. [Dkt. No. 140] | | | | |

Ricochet reserves the right to use any exhibits presented by any other party.

Ricochet also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Ricochet reserves the right to supplement or amend its Exhibit List any time prior to the hearing.

Ricochet requests that the Court take judicial notice of all filed and docketed material within this case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the Court's ECF System and with the exhibits attached via Regular U.S. Mail, postage prepaid, to the parties listed below on September 8, 2016.

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Official Committee of Unsecured Creditors
c/o Aaron M. Guerrero
Kenneth Green
Phil Snow
Bryan Prentice
Snow Spence Green, LLP,
2929 Allen Parkway, Suite 2800
Houston, TX 77019

/s/Michael G. Colvard
MICHAEL G. COLVARD