**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Ricochet Energy, Inc.; | § | Case No. 16-51148-RBK |
| Ricochet Interests, Ltd.; | § | Case No. 16-51149-RBK |
| | § | |
| Debtors. | § | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR THE HEARING ON SEPTEMBER 15, 2016
ON FIRST APPLICATION FOR INTERIM COMPENSATION OF FEES
AND EXPENSES OF MARTIN & DROUGHT, P.C.**
**[Relates to Docket No. 140]**

The Official Committee of Unsecured Creditors (the "Committee") file this Witness and Exhibit List for all matters scheduled to be heard on September 15, 2016 at 2:00 pm (the "Hearing").

## WITNESS LIST

1. The Committee reserve the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## EXHIBIT LIST

| Ex. No. | Exhibits by the Official Committee of Unsecured Creditors (All exhibits include all attachments and exhibits filed into the record) | Offered | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| 1. | Doc No. 130 – Final Order Authorizing the Debtors to Use Cash Collateral and Determine Adequate Protection | | | |
| 2. | Doc No. 113 – Order Granting Application for Order Pursuant to Section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Snow Spence Green LLP as Counsel to the Official Committee of Unsecured Creditors of Ricochet Energy, Inc. and Ricochet Interests, Ltd. | | | |

| Ex. No. | Exhibits by the Official Committee of Unsecured Creditors (All exhibits include all attachments and exhibits filed into the record) | Offered | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| 3. | Doc No. 140 – First Application for Interim Compensation of Fees and Expenses of Martin & Drought, P.C. | | | |
| 4. | Doc No. 152 – Order Granting Application of Debtors to Employ Special Counsel and Setting Time Within Which to Object to Appointment of Special Counsel | | | |
| 5. | Doc No. 171 - Order Granting the Official Committee of Unsecured Creditors' Application for Final Order Authorizing the Employment of VSO Petroleum Consultants, Inc. | | | |

The Committee reserves the right to designate and/or offer rebuttal exhibits or to rely on exhibits proffered and/or designated by any other parties. Further, the Committee reserves the right to call as witnesses any other witnesses designated by any other party or to call rebuttal witnesses as needed.

Dated: September 9, 2016

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By: */S/ Aaron M. Guerrero*
Phil Snow
State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
Aaron M. Guerrero
State Bar No. 24050698
aaronguerrero@snowspencelaw.com
Bryan Prentice
State Bar No. 24099787
bryanprentice@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX 77019
(713) 335-4800
(713) 335-4838 (direct)
(713) 335-4848 fax

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 9, 2016, a copy of the foregoing **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR THE HEARING ON SEPTEMBER 15, 2016 ON FIRST APPLICATION FOR INTERIM COMPENSATION OF FEES AND EXPENSES OF MARTIN & DROUGHT, P.C.** was electronically filed and served via the Court's CM/ECF System and U.S. Mail, First Class, postage prepaid, to the parties listed on the attached service list.

           */S/ Aaron M. Guerrero*
           Aaron M. Guerrero

I:\Client\RICO1001-Ricochet-General\Bankruptcy\Drafts\COMMITTEE DRAFTS\Exhibit and Witness List for 9-15-16 Hearing.docx

3