# SERVICE LIST

**DEBTOR:** *[VIA US MAIL]*
Ricochet Energy, Inc.
Ricochet Interests, Ltd.
16111 Via Shavano
San Antonio, TX 78249

**COUNSEL FOR DEBTOR:** *[VIA ECF]*
Michael G. Colvard
Martin & Drought P.C. 300 Convent,
25th Floor
San Antonio, TX 78205-3716

**U.S. TRUSTEE:** *[VIA ECF]*

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

**GOVERNMENTAL AUTHORITIES:**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

*[VIA US MAIL]*
United States Attorney
601 N.W. Loop 410, Ste. 600
San Antonio, TX 78216

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-35828

**SECURED CREDITORS:**
The J.O. Walker Jr. Family Partnership and JOB
Energy Partners, II, Ltd.
c/o Ray Battaglia, Attorney at Law
66 Granburg Circle
San Antonio, TX 78218

*[VIA ECF]*

**CREDITORS' COMMITTEE:**
Edde Drilling Services, LLC
2607 E. Rio Grande St.
Victoria, TX 77903
Attn: Raymond Bubak
E-mail: raymond@eddedrilling.com

*[VIA US MAIL AND EMAIL]*
Newpark Drilling Fluids
21920 Merchants Way
Katy, TX 77449
Attn: Kara Griffith
E-mail: kgriffith@newpark.com

Halliburton Energy Services, Inc.
3000 N. Sam Houston Pkwy E
Houston, TX 77032
Attn: Antonio Cardenas
E-mail: antonio.cardenas@halliburton.com

NOVA Directional, Inc.
P.O. Box 1862
Cypress, TX 77410
Attn:: Edward Chiaramonte
E-mail: edc@novadirectional.com

Baker Hughes Oilfield Operations, Inc.
P.O. Box 4740
Houston, TX 77210-4740
Attn: Christopher J. Ryan/Kristin McLaurin
E-mail: christopher.ryan@bakerhughes.com;
kristin.mclaurin@bakerhughes.com

Schlumberger Technology Corporation
1325 S. Dairy Ashford
Houston, Texas 77077
Attn: Mathew Richard
     Don Burell
E-mail: mrichard@slb.com
     dburell@slb.com

# SERVICE LIST

Pyramid Tubular Products, L.P.
2 Northpoint Drive, Suite 610
Houston, TX 77060
Attn: Ken Richmond
E-mail: krichmond@pyramidtubular.com

**20 LARGEST UNSECURED CREDITORS:**         *[VIA US MAIL]*

Edde Ventures, LP d/b/a Edde Drilling
P.O. Box 4966
Victoria, TX 77903

NewPark Drilling Fluids, LLC
P.O. Box 973167
Dallas, TX 75397-3167

Pyramid Tubular Products, Inc.
P.O. Box 301604
Dallas, TX 75303-1604

K-C Lease Service, Inc.
P.O. Box 428
Louise, TX 77455

Halliburton Energy Serv., Inc.
P.O. Box 301341
Dallas, TX 75303-1341

D A M Services, Inc.
P.O. Box 611
El Campo, TX 77437-0611

Ermis Vacuum Service LLC
P.O. Box 1543
El Campo, TX 77473

Nova Directional, Inc.
P.O. Box 1862
Cypress, TX 77410

Gulf Coast Lease Service, Inc.
P.O. Box 1541
El Campo, TX 77437

Cross Roads Oil Field Supply
P.O. Box 1546
El Campo, TX 77437

Energy Gas Compression Ltd.
P.O. Box 928
Corpus Christi, TX 78043

Baker Hughes Oilfield Operation
P.O. Box 301057
Dallas, TX 75303-1057

Maxum Oilfield Rental LLC
P.O. Box 614
El Campo, TX 77437

Maxum Enterprises LLC
d/b/a Pilot Thomas Logistics LLC
P.O. Box 677732
Dallas, TX 73069

Canary, LLC
P.O. Box 670257
Dallas, TX 75267

Mangum's Oilfield Services
P.O. Box 786
Eagle Lake, TX 77434

Exterran Energy Solutions LP
P.O. Box 201160
Dallas, TX 75320-1160

Spidle Turbeco Inc. d/b/a of Torbeco, Inc.
A Flotek
P.O. Box 677496
Dallas, TX 75267-7496

Schlumberger Technology Corp
P.O. Box 732149
Dallas, TX 75373-2149

Cisco Services USA, Inc.
840 Aldine Bender
Houston, TX 77032

# SERVICE LIST

| **PARTIES REQUESTING NOTICE:** | *[VIA ECF UNLESS OTHERWISE NOTED]* |
|---|---|
| Newpark Drilling Fluids LLC<br>Carl Doré, Jr. / Zachary S. McKay<br>Doré Law Group, P.C.<br>1717 Park Row, Suite 160<br>Houston, TX 77084 | Nueces County/Starr County/Roma ISD c/o Linbarger Goggan Blair & Sampson<br>Diane W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Lone Star Coolers, Ltd.<br>c/o Beth Smith<br>Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 240<br>San Antonio, TX 78213 | Vaquillas Energy Hahn, Ltd., Quiros Energy Exploration, Ltd., Huisache Exploration, Hubberd-Smith Energy Investments, Ltd. and Smith-Hubberd Energy Investments, LLC<br>c/o Steven R. Brook and Davis S. Gragg<br>Langley & Banack Incorporated<br>745 E. Mulberry, 9th Floor<br>San Antonio, TX 78212-3166 |
| Lone Star Coolers, Ltd. *[VIA US MAIL]*<br>1526 County Road 211<br>Hondo, TX 78861 | Pyramid Tubular Products, L.P.<br>c/o Benjamin W. Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras St., Suite 2775<br>New Orleans, LA 70130 |
| Bexar County, Frio Hospital District, Pearsall ISD & Wharton Co Jr Col Dist<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro St., Suite 300<br>San Antonio, TX 78205 | Seitel Data, Ltd.<br>c/o Duane J. Brescia, Andrew Edson and Carrie Douglas<br>Strasburger & Price, LLP<br>901 Main Street, Suite 4400<br>Dallas, TX 75021 |
| Trident Steel Corporation<br>c/o Sara M. Keith<br>Johnson DeLuca Kurisky & Gould, P.C.<br>4 Houston Center, Suite 1000<br>1221 Lamar Street<br>Houston, TX 77010 | Baker Hughes Oilfield Operations, Inc.<br>c/o William R. Sudela<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 |
| Eric Terry *[VIA US MAIL]*<br>Eric Terry PLLC<br>4040 Broadway Street, Suite 450<br>San Antonio, TX 78209 | USA Compression Partners *[VIA US MAIL]*<br>c/o Chris Porter<br>100 Congress Avenue, Suite 450<br>Austin, TX 78701 |
| Julie A. Cook & Jeffrey M. Hirsch<br>Schlanger Silver Barg & Paine LLP<br>109 N Post Oak Lane, Suite 300<br>Houston, TX 77024 | Camille Iurillo/Gina Pellegrino<br>Iurillo Law Group<br>5628 Central Avenue<br>St. Petersburg, FL 33707 |

# SERVICE LIST

Michael J. O'Connor
Law Offices of Michael J. O'Connor
8118 Datapoint Drive
San Antonio, TX  78229

Sigifredo Perez, III
Kazen, Meurer & Perez, LLP
211 Calle Del Norte, Suite 100
Laredo, TX  78042

Randal W. Hill
Randal W. Hill PC
P.O. Box 1697
Frost Bank Plaza, Suite 450
Corpus Christi, TX  78403

Audra B. Smith
Wadler, Perches, Hundl & Kerlick
101 W. Burleson Street
Wharton, TX  74888