**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICOCHET ENERGY, INC., | § | LEAD CASE No. 16-51148-RBK |
| | § | |
| RICOCHET INTERESTS, LTD., | § | SECOND CASE No. 16-51149-RBK |
| | § | |
| Jointly Administered Debtors. | § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| | § | Case No. 16-51148-RBK) |

**DEBTORS' WITNESS & EXHIBIT LIST FOR: (1) DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT; (B) APPROVING SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE DEBTORS' AND THE COMMITTEE'S JOINT PROPOSED PLAN OF REORGANIZATION; AND, (C) APPROVING THE FORM OF BALLOT AND NOTICES IN CONNECTION THEREWITH; and, (2) DEBTORS AMENDED DISCLOSURE STATEMENT REGARDING CHAPTER 11 AMENDED JOINT PLAN OF REORGANIZATION FOR RICOCHET ENERGY, INC., RICOCHET INTERESTS, LTD. AND THE OFFICIAL UNSECURED CREDITORS COMMITTEE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**SET FOR HEARING WEDNESDAY, NOVEMBER 9, 2016 AT 9:30 A.M.**
**COURTROOM 1, HIPOLITO F. GARCIA FED. BLDG & COURTHOUSE**

**MARTIN & DROUGHT, P.C.**
MICHAEL G. COLVARD
State Bar No. 04629200
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com
**COUNSEL FOR DEBTORS,**
**RICOCHET ENERGY, INC. and**
**RICOCHET INTERESTS, LTD.**

Ricochet Energy, Inc. and Ricochet Interests, Ltd. (jointly referred to herein as "Ricochet"), by and through its attorneys, hereby submit its Witness & Exhibit List for: (1) Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' and the Committee's Joint Proposed Plan of Reorganization; and, (C) Approving the Form of Ballot and Notices in Connection Therewith; and (2) Debtors Amended Disclosure Statement Regarding Chapter 11 Amended Joint Plan of Reorganization for Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee Under Chapter 11 of the Bankruptcy Code, set for hearing on November 9, 2016.

## I. WITNESSES

1. Jerry Hamblin

2. Ricochet reserves the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## II. EXHIBITS

| **Ex. #** | **Description** | **Offered** | **Obj'n** | **Admitted** | **Disposition** |
|---|---|---|---|---|---|
| 1. | Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' and the Committee's Joint Proposed Plan of Reorganization; and, (C) Approving the Form of Ballot and Notices in Connection Therewith [Dkt. No. 218] | | | | |
| 2. | Debtors Amended Disclosure Statement Regarding Chapter 11 Amended Joint Plan of Reorganization for Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee Under Chapter 11 of the Bankruptcy Code [Dkt. No. 224] | | | | |

Ricochet reserves the right to use any exhibits presented by any other party.

Ricochet also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Ricochet reserves the right to supplement or amend its Exhibit List any time prior to the hearing.

Ricochet requests that the Court take judicial notice of all filed and docketed material within this case.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the Court's ECF System and with the exhibits attached via Regular U.S. Mail, postage prepaid, to the parties listed below on November 2, 2016.

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Official Committee of Unsecured Creditors
c/o Aaron M. Guerrero
Kenneth Green
Phil Snow
Bryan Prentice
Snow Spence Green, LLP,
2929 Allen Parkway, Suite 2800
Houston, TX 77019

/s/Michael G. Colvard
MICHAEL G. COLVARD