IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| RICOCHET ENERGY, INC., | § | LEAD CASE No.    16-51148-RBK |
| | § | |
| RICOCHET INTERESTS, LTD., | § | SECOND CASE No. 16-51149-RBK |
| | § | |
| Jointly Administered Debtors. | § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| | § | Case No. 16-51148-RBK) |

**AMENDED JOINT WITNESS & EXHIBIT LIST FOR AMENDED JOINT PLAN OF REORGANIZATION FOR RICOCHET ENERGY, INC., RICOCHET INTERESTS, LTD. AND THE OFFICIAL UNSECURED CREDITORS COMMITTEE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE [DKT. NO. 234-2]**

SET FOR HEARING MONDAY, DECEMBER 12, 2016 AT 2:00 P.M.
COURTROOM 1, HIPOLITO F. GARCIA FED. BLDG & COURTHOUSE

| | |
|---|---|
| **MARTIN & DROUGHT, P.C.** | **SNOW SPENCE GREEN LLP** |
| 300 Convent Street, Suite 2500 | 2929 Allen Parkway, Suite 2800 |
| San Antonio, Texas 78205 | Houston, Texas  77019 |
| (210) 227-7591 - Telephone | (713) 335-4800 Telephone |
| (210) 227-7924 - Telecopier | (713) 335-4848 Telecopier |
| Michael G. Colvard | Phil F. Snow |
| State Bar No. 04629200 | State Bar No. 18812600 |
| mcolvard@mdtlaw.com - Email | philsnow@snowspenclaw.com – Email |
| | Kenneth Green |
| **COUNSEL FOR** | State Bar No. 24036677 |
| **RICOCHET ENERGY, INC. AND** | kgreen@snowspencelaw.com - Email |
| **RICOCHET INTERESTS, LTD.** | Aaron M. Guerrero |
| | State Bar No. 24050698 |
| | aaronguerrero@snowspencelaw.com - Email |
| | |
| | **COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE** |

Ricochet Energy, Inc., Ricochet Interests, Ltd. (jointly referred to herein as "Ricochet"), and The Official Unsecured Creditors Committee (the "Committee"), hereby submit its Joint Witness & Exhibit List for the Amended Joint Plan of Reorganization for Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee Under Chapter 11 of the Bankruptcy Code [Dkt. No. 234-2], set for hearing on Monday, December 12, 2016.

## I. WITNESSES

1. Jerry Hamblin – Ricochet Energy, Inc. and Ricochet Interests, Ltd.

2. Stan Valdez – VSO Petroleum Consultants, Inc.

2. Ricochet/Committee reserve the right to call any witnesses designated or called by any other party, as well as to call witnesses to rebut the testimony of any witness.

## II. EXHIBITS

| Ex. # | Description | Offered | Obj'n | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Ballot Summation | | | | |
| 2. | Ballot Classes 3, 4, 5, 7 | | | | |
| 3. | Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditor Committee [Dkt. No. 234-2]<br>Exhibit A – Ricochet Plan Term Sheet<br>Exhibit B – Other Transferees Assignment Schedule<br>Exhibit C – First/Second Lien Collateral – Creditor Trust<br>Exhibit D – Debtors Net Revenue Interest at Petition Date<br>Exhibit E – Joint Operating Agreements List<br>Exhibit F – M&M Lien Value Schedule<br>Exhibit G – Property Valuation Schedule | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Debtors Amended Disclosure Statement Regarding Chapter 11 Amended Joint Plan of Reorganization for Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee Under Chapter 11 of the Bankruptcy Code [Dkt. No. 234-3]<br>    <u>Exhibit 1</u> – See Amended Joint Plan of Reorganization [Dkt. No. 234-2]<br>    <u>Exhibit 2</u> – Monthly Operating Reports period ending 9/30/16<br>    <u>Exhibit 3</u> – M&M Lien Schedule (Well-by-Well) and Filed as Secured Claims on Bankruptcy Claims Docket<br>    <u>Exhibit 4</u> – Statement of Affairs Question 3.1 and 4 Payments made within 90 days/1 year<br>    <u>Exhibit 5</u> – Trustee, Patrick W. Merritt, Qualifications and Experience<br>    <u>Exhibit 6</u> – Liquidation Analysis<br>    <u>Exhibit 7</u> – Cash Flow Pro Forma – August 2016 – December 2018 | | | | |
| 5. | Declaration and Proffer of Jerry L. Hamblin in Support of Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee | | | | |
| 6. | Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' and the Committee's Proposed Plan of Reorganization; (C) Approving the Form of Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto [Dkt. No. 233] | | | | |

| 7. | Compromise, Settlement and Release Agreement – Other Transferees | | | | |
|---|---|---|---|---|---|
| 8. | Compromise, Settlement and Release Agreement – JOWF | | | | |
| 9. | VSO Fair Market Value report with well-by-well summary | | | | |
| 10. | Curriculum Vitae of Stan S. Valdez, P.E. | | | | |

Ricochet/Committee reserve the right to use any exhibits presented by any other party.

Ricochet/Committee also reserve the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Ricochet/Committee reserve the right to supplement or amend its Exhibit List any time prior to the hearing.

Ricochet/Committee request that the Court take judicial notice of all filed and docketed material within this case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the Court's ECF System and with the exhibits attached via Hand Delivery to the parties listed below on December 12, 2016.

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Official Committee of Unsecured Creditors
c/o Aaron M. Guerrero
Kenneth Green
Phil Snow
Bryan Prentice
Snow Spence Green, LLP,
2929 Allen Parkway, Suite 2800
Houston, TX 77019

/s/Michael G. Colvard
MICHAEL G. COLVARD