**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICOCHET ENERGY, INC., | § | LEAD CASE No.   16-51148-RBK |
| | § | |
| RICOCHET INTERESTS, LTD., | § | SECOND CASE No. 16-51149-RBK |
| | § | |
| Jointly Administered Debtors. | § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| | § | Case No. 16-51148-RBK) |

**DECLARATION OF MICHAEL G. COLVARD REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE AMENDED JOINT PLAN OF REORGANIZATION OF RICOCHET ENERGY, INC., RICOCHET INTERESTS, LTD. AND THE OFFICIAL UNSECURED CREDITORS COMMITTEE**

TO THE HONORABLE RONALD B. KING,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Now comes, Ricochet Energy, Inc. and Ricochet Interests, Ltd.,[1] (hereinafter jointly referred to as "Debtors" and/or "Ricochet"), jointly administered debtors-in-possession in the above-captioned Chapter 11 case[2], to file this Declaration of Michael G. Colvard Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and The Official Unsecured Creditors Committee under Chapter 11 of the Bankruptcy Code and, and would respectfully show unto the Court as follows:

1.    Attached hereto and incorporated herein as **Exhibit 1** is the true and correct copy of the Declaration of Michael G. Colvard regarding the solicitation of votes

---

[1] The Chapter 11 Proceeding of Ricochet Energy, Inc. and Ricochet Interests, Ltd. have been administratively consolidated (Order Grating Motion for Joint Administration – Dkt. No. 51).

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ricochet Energy, Inc. (7065) and Ricochet Interests, Ltd. (0600). The address for each of the Debtors is 16111 Via Shavano, San Antonio, Texas 78249.

and tabulation of ballots cast on the Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and The Official Unsecured Creditors Committee under Chapter 11 of the Bankruptcy Code (the "Tabulation of Votes").

        Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3789
Telephone: (210) 220-1334
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/Michael G. Colvard
    _____
    Michael G. Colvard
    State Bar No. 04629200
**COUNSEL FOR DEBTORS RICOCHET ENERGY, INC. and RICOCHET INTERESTS**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was forwarded via the Court's ECF System on the 9th day of December, 2016.

        /s/Michael G. Colvard
        Michael G. Colvard