*#232 CHAPTER 11 PLAN*

**EXHIBIT AND WITNESS LIST**

AO 187 (REV. 4/82)

| Ricochet Energy, Inc. | VS | | DISTRICT COURT Western (San Antonio) | |
|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Michael Colvard | DEFENDANT'S ATTORNEY | | DOCKET NUMBER 16-51148 | |
| | | | TRIAL DATE(S) 12/12/16 | |
| PRESIDING JUDGE Ronald B. King | ELECTRONIC COURT RECORDING OPERATOR Sylvia Lornes | | COURTROOM DEPUTY Jana Brisiel | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 12/12/16 | ——— | ——— | Jerry Hamblin – Proffered |
| W-2 | | 12/12/16 | ——— | ——— | Stan Valdez - Proffered |
| | | | | | **FILED** DEC 1 2 2016 U.S. BANKRUPTCY COURT BY _____ DEPUTY |
| 1 | | 12/12/16 | Yes | 12/12/16 | Ballot Summation |
| 2 | | 12/12/16 | Yes | 12/12/16 | Ballot Classes 3,4,5,7 |
| 3 | | 12/12/16 | Yes | 12/12/16 | Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditor Committee [Dkt. No. 234-2] Exhibit A – Ricochet Plan Term Sheet Exhibit B – Other Transferees Assignment Schedule Exhibit C – First/Second Lien Collateral – Creditor Trust Exhibit D – Debtors Net Revenue Interest at Petition Date Exhibit E – Joint Operating Agreements List Exhibit F – M&M Lien Value Schedule Exhibit G – Property Valuation Schedule |
| 4 | | 12/12/16 | Yes | 12/12/16 | Debtors Amended Disclosure Statement Regarding Chapter 11 Amended Joint Plan of Reorganization for Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee Under Chapter 11 of the Bankruptcy Code [Dkt. No. 234-3] Exhibit 1 – See Amended Joint Plan of Reorganization [Dkt. No. 234-2] Exhibit 2 – Monthly Operating Reports period ending 9/30/16 Exhibit 3 – M&M Lien Schedule (Well-by-Well) and Filed as Secured Claims on Bankruptcy Claims Docket Exhibit 4 – Statement of Affairs Question 3.1 and 4 Payments made within 90 days/1 year Exhibit 5 – Trustee, Patrick W. Merritt, Qualifications and Experience Exhibit 6 – Liquidation Analysis Exhibit 7 – Cash Flow Pro Forma – August 2016 – December 2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | | 12/12/16 | Yes | 12/12/16 | Declaration and Proffer of Jerry L. Hamblin in Support of Amended Joint Plan of Reorganization of Ricochet Energy, Inc., Ricochet Interests, Ltd. and the Official Unsecured Creditors Committee |
| 6 | | 12/12/16 | Yes | 12/12/16 | Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' and the Committee's Proposed Plan of Reorganization; (C) Approving the Form of Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto [Dkt. No. 233] |
| 7 | | 12/12/16 | Yes | 12/12/16 | Compromise, Settlement and Release Agreement – Other Transferees |
| 8 | | 12/12/16 | Yes | 12/12/16 | Compromise, Settlement and Release Agreement - JOWF |
| 9 | | 12/12/16 | Yes | 12/12/16 | VSO Fair Market Value report with well-by-well summary |
| 10 | | 12/12/16 | Yes | 12/12/16 | Curriculum Vitae of Stan S. Valdez, P.E. |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.