**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 16-51148 RBK** |
| | § | |
| **Ricochet Energy, Inc.** | § | **Chapter 11** |
| | § | |
| **Ricochet Interests, Ltd.** | § | |
| | § | **(Jointly Administered)** |
| **Debtor** | § | |

### LORD'S ENERGY, LTD'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Lord's Energy, Ltd. ("Claimant") files this Notice of Withdrawal of Proof of Claim pursuant to Federal Rule of Bankruptcy Procedure 3006 and based upon the consent given by Traton Engineering L.P., Trustee of the Ricochet Creditors Trust.  Claimant hereby withdraws its Proof of Claim, Number 81 in Case No. 16-51148.

Dated: May 10, 2017

By: /s/ *Ray Battaglia*
     Raymond W. Battaglia
     Texas Bar No. 01918055
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
66 Granburg Circle
San Antonio, Texas 78218
Tel.: (210) 601-9405
Fax: (210) 855-0126
rbattaglialaw@outlook.com

***COUNSEL FOR LORDS ENERGY, LTD..***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of this pleading was served via CM/ECF to all parties entitled to such notice on this the 4th day of May 10, 2017.

*/s/ Raymond W. Battaglia*
Raymond W. Battaglia